UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| v. | ) Criminal Action No. 14-151 (RMC) |
| | ) |
| JEFF HENRY WILLIAMSON, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Based on oral argument and written filings and for the reasons stated on the record at the hearing in this matter on September 10, 2014, it is hereby:

**ORDERED** that Defendant's motions to appear *pro se* and for appointment of counsel [Dkts. 12, 39, 40] are **GRANTED**.

**IT IS FURTHER ORDERED** that, having been advised of the substantial benefits of counsel and the risks of proceeding *pro se*, Defendant Jeff Henry Williamson knowingly and voluntarily waived his right to counsel. **Defendant may proceed *pro se* in this case**.

**IT IS FURTHER ORDERED** that Thomas Abbenante, Esq., is appointed as **Standby Counsel** for Defendant.

**IT IS FURTHER ORDERED** that Defendant's motions to review detention [Dkts. 17, 32] are **DENIED**. The facts correctly relied on by the Magistrate Judge in his Detention Order, Dkt. 5, have not changed and pretrial detention is proper under 18 U.S.C. § 3142. To the extent that Mr. Williamson sought replacement of his first counsel, who he

1

claimed was ineffective, that motion is **DENIED** as moot because the Court appointed new counsel.  Subsequently, Mr. Williamson elected to proceed *pro se*, and Standby Counsel has been appointed.[1]

**IT IS FURTHER ORDERED** that Defendant's motions for speedy trial [Dkts. 34, 43] are **DENIED** as moot.  In court on August 5, 2014, the Court suspended the speedy trial period in the interest of justice until October 27, 2014, and trial was scheduled to begin on November 17, 2014.  The November 17 trial date is within the period prescribed by the Speedy Trial Act, 18 U.S.C. § 3161.  Further, the speedy trial period is now tolled because Defendant filed motions[2] that require an evidentiary hearing.  *See* 18 U.S.C. § 3161(h)(1)(F); *Henderson v. United States*, 476 U.S. 321, 326 (1986).

**IT IS FURTHER ORDERED** that Defendant's motions for materials under the Jenck's Act, 18 U.S.C. § 3500, [Dkts. 18, 48] are **DENIED** as premature.

**IT IS FURTHER ORDERED** that Defendant's sealed ex parte motion for a legal expert [Dkt. 29] shall be, at Defendant's request, **UNSEALED** by the Deputy Clerk.

**IT IS FURTHER ORDERED** that Defendant's sealed ex parte motion for a private investigator [Dkt. 35] is **DENIED** as moot, as an investigator already has been authorized.

---

[1] Defendant also asserted a need for medical care.  *See* Mot. to Review Detention [Dkt. 17]. Medical care has been provided to Defendant by the D.C. Department of Corrections.

[2] *See* Defendant's motion to suppress evidence [Dkt. 15] and Defendant's motion to suppress cell phone and audio evidence [Dkt. 51].

**IT IS FURTHER ORDERED** that Defendant **SHALL NOT FILE** any additional motions to dismiss the indictment without first obtaining leave of Court, to avoid redundancy.  To date, Defendant has filed nine motions to dismiss the indictment [Dkts. 9, 19, 20, 21, 22, 26, 27, 30, 36], raising a variety of issues and repeating those issues numerous times.

**IT IS FURTHER ORDERED** that the Government **SHALL PROVIDE** a copy of contested written discovery in this case to the Court for review in Chambers for the purpose of determining whether (1) such discovery should be turned over to the custody of Defendant, subject to a protective order, or (2) the discovery should be turned over to the custody of Standby Counsel, whereby Standby Counsel or his assistants will bring the discovery to Defendant for his review but not retention.

**IT IS FURTHER ORDERED** that Defendant's oral motion for the return of his personal property is **DENIED** as moot.  The U.S. Attorney's Office will hold Defendant's identification and phone until proceedings in this case have concluded.  Defendant's former counsel, Mr. Miles, has custody of Defendant's suitcases.

**IT IS FURTHER ORDERED** that trial is scheduled for November 17, 2014 at 9:30 a.m.  All motions in limine are due by October 9, 2014; all responses to motions are due by October 16, 2014; a pretrial conference and hearing will be held on October, 27, 2014 at 10:00 a.m.

Date:  September 11, 2014                                /s/
                                                           ROSEMARY M. COLLYER
                                                           United States District Judge