United States District Court
For The District of Columbia

*Let this be filed*
*RM Colly*
*12/3/14*

United States of America

v

Jeff H Williamson

Crim No 1:14-cr-00151-emc-1

**FILED**

DEC -3 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

DEFENDANTS PROFFERED EVIDENCE FOR ENTRAPMENT
DEFENSE AND INSTRUCTION AT TRIAL

Comes Now, Defendant, Jeff H Williamson, pro se, Files his proffered evidence For Entrapment Defense and Instructions At trial, and would show the Following:

1. On 7/16/14, the Defendant was indicted by a grand jury For threatening FBI SA BRIAN Schmitt with intent to retaliate against him on account of performance of his official duties, a violation of 18 U.S.C. 115(a)(1)(B). See (DKT 7)

2. The Supreme Court has "consistently adhered to the view" announced that the defense of entrapment requires proof of two elements: (1) government inducement of the crime, and (2) lack of predisposition on the part of the defendant to engage in the criminal activity. *Matthews v United States* 485, U.S. 58, 62-63 (1488)

1 of 34 pages

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia
RECEIVED
DEC -3 2014

3. "LAW enForcement officials go too Far when they plant in the mind of an innocent person the disposition to commit the alleged offense and induce its commission in order that they may prosecute." See *Jacobson v United States, 503 US 540 553 (1992)*.

4. Inducement to commit a crime involves "persuasion, Fraudulent representation, threats, coercive tactics, harassment, promises of reward, or pleas based on need, sympathy or Friendship." *United States v Trejo, 136 F3d 826, 828, (DC Cir 1998)*

5. A defendant wanting to present an entrapment Defense to the jury must proffer "some" evidence of the government inducement. *United States v Burkley 591 F2d, 903, 914-15 (D.C. Cir 1978)*, Ano, the defendant does so now.

6. The facts and information contained in this motion are based upon my personal knowledge as well as a series of complaints or reports Filed in or with Courts, law enforcement, or records that support defendant's claims of harassment by the Government or FBI SA BRIAN Schmidt. This motion is not intended to include each and every fact and matter of harassment by the government but those necessary to support some evidence For the Entrapment defense or instruction in this case at trial —

2.

7. The defendant has Filed a series of motions (DKT 137, 141, 136, 192) seeking to raise the Entrapment Defense in this case. And the Court has denied all of defendants motions For Entrapment Defense in this case. See, (DKT, 150, and 194)

8. While the court uses a lot of lofty language and cites case law saying the defendant must produce "some" evidence of government inducement. United States v Burkley, 591 F2d 903, 914-15 (DC Cir 1978), it is interesting to note that our discussions at several status conferences would show that this Court has repeatedly denied defendants request to gather Court records or other information to present evidence of Entrapment to the Court by the investigator to gather the records.

9. Its on the record in this case at status conferences that the Court would not permit the defense investigator to gather evidence to present for Entrapment in this case For any reason, So this court has been blocking the defendant from gathering Entrapment "evidence" and then issue an order saying the defendant has not presented any "Evidence" of Entrapment. How clever of this court to create false impressions to the Court of Appeals on these issues of Entrapment Defense. This Court is Corrupt, bias, and a government "yes" Judge blocking the Entrapment Defense For the Government,

10. The defendant is a government watchdog and political blogger with over 100 dynamic websites and webpages on the worldwide internet exposing Executive Branch Abuse of Power as well as worldwide and national scandals as a matter of public interest and concern such as President Obama violation of the law and Constitution as exposed by the House Judiciary Committee Hearing video clip on defendants website: <u>watchdogblog.webs.com</u>

11. The Defendant has published a collection of Dynamic websites that exposes Executive Branch Abuse of Power that spans seven decades and FiFTeen ADMINISTRATIONS most of which were incovered by our own US Congress or our nation mainstream media news reports confirmed in the governments own documents. (<u>See Website Above</u>) The defendant has completely embarassed Presidents, his officials, and the government agencies or agents themselves that made the defendant the target of harassment for well over a decade in multiple districts that continued into this district for publishing these websites on internet.

Therefore, the government and its officials and agencies have <u>motive</u> to target and harass the defendant For his websites and his protest activities as an activist on worldwide and national issues,

4.

12. The defendants dynamic blogs are mostly made up from his research posting mostly video clips from the United States Congress, national media broadcast reports from ABC, CBC, NBC, Fox, CNN, etc., Documentaries from the History and Discovery Channels, and federal whistleblowers such as Former FBI SAC, Ted Gunderson, Former FAA Investigator Rodney Stich, and Former Government Agent, John Garry Peeler (See EXHIBITS A and B)

13. In late May, 2004, the defendant was in Denver, Colorado investigating the alleged cover-up of Government Criminal Activity concerning Rocky Flats Nuclear Cleanup that endangered the public exposed by Former Special Agent of the FBI, Jon Lipsky, who the defendant briefly spoke with, and collected information to post on his websites. See, (EXHIBIT C / information published January 2005) some of the information provided to defendant in late 2004.

14. During this period, Denver Special Agent, BRIAN Schmitt, began to approach and harass and threatened the defendant to shut down his websites, to stop calling Congress, to stop calling nationally syndicated talk radio shows, and to stop gathering information from Federal Whistleblowers such as those named above (Exhibits A, B, and C), or face federal prison, that it was serious business the government did not want published on the internet in a collection. SA Schmitt further threatened defendant that he would be injured or killed for his websites, and messing with the government.

5.

15. During that same time period the defendant traveled from Denver, Colorado to Albuquerque, NM to the Los Angeles, CA area where the defendant was attacked by FBI Agents and informants who spiked or stabbed the defendant in his left leg with a message and warning from FBI SA Brian Schmitt to shut up about the government, and in particular, Denver Rocky Flats scandal. See (EXHIBIT C / Former FBI SA Jon Lipsky on Denver Rocky Flats)

16. By the time defendant traveled and arrived in Las Vegas, NV on or about June 8, 2004, the defendants leg began to swell and he could barely walk so he called 911 and was transported to Southern Hills Hospital or Medical Center where he was admitted that day for the injury and treatment. Dr Marisa Medina MD, noted in defendants medical records that federal agents attacked him, and that she called a friend of Defendants: John Peeler who "confirmed the story" and that defendant is an activist. See (EXHIBIT D/Medical Records, page 5, Dr Medina's Notes) John Peeler, who Dr Medina put in her notes that she called is a former government agent federal whistleblower (EXHIBIT B) who "confirmed the story" as shown in defendants medical records (EXHIBIT D, page 5). The defendant stayed in the hospital at Southern Hills Medical Center for nine (9) days until 6/17/14 for treatment of his injuries and condition. So, Dr Medina's own notes in defendants medical records show she called federal whistleblower, John Peeler (EXHIBIT B) who confirmed defendants story.

6.

17. Former Government Agent, Federal Whistleblower, John Peeler (EXHIBIT B) furnished defendant information about the government during this same time period such as the Central Intelligence Agency, Secret Project, called Operation Mockingbird (EXHIBIT E) which the defendant posted on a dynamic website: Mediacoverup.webs.com

The defendant had posted a lot of derogatory information about Cable News Network (CNN) and its executives, as well as its parent company Time Warner/AOL on his website: mediacoverup.webs.com During defendants travels between Denver, Colorado to the Los Angeles area FBI SA Brian Schmitt complained to the defendant that the CIA and CNN representatives were very unhappy about defendants website, and indicated he had friends at CNN and that the network had contacts throughout the FBI, and told the defendant that the FBI and CNN would destroy his life and career for his publishing websites.

18. In January 2005, the Defendant Filed a restraining order in Rancho Cucamonga, District, Superior Court, County of San Bernardino, CALIFORNIA; 8303 North Haven Ave, Rancho Cucamonga, CA 91730, Case No RVC 08 5883, against CNN/HLN anchor Rudi Bakhtiar who was sending messages through FBI SA Brian Schmitt and unknown informants to remove the websites off internet or face financial destruction

7.

18. The defendants Filing of Restraining Order (EXHIBIT F) indicates Further threats of assaults, messages that CNN is the Tower of Power, threats to remove websites From internet, and would affect defendants income and starve him to death as noted on restraining order (EXHIBIT F), sent through FBI SA Brian Schmitt and Informants by verbal messages to the defendant. FBI SA Brian Schmitt and Informants also mentioned CNN Executives Jonathan Klein and Jim Walton in their threats and intimidation of defendant.

19. During this time period, in defendants travels to and From Denver, Colorado, FBI SA, Brian Schmitt, Squad 5, Joint Terrorism Task Force, (JTTF), his partner SA Lindsey, Denver Police Department, Detective, William Gallegos, all members of (JTTF) targeted, harassed, threatened, and sought to intimidate the defendant For his Freedom of Speech and Association around the Denver area, most particularly For defendant's websites; watchdogblog.webs.com running at the defendant with their weapons pointed at defendants head and face For his political activities.

20. Although the defendant was not a member, had met members of the Revolutionary Anti-War Response Group (RAWR), in early 2003 in hopes of getting rides to anti-war protest around the Denver area which attracted the Denver FBI (JTTF) agents to the defendant during this period.

8.

21. Throughout the Denver, Colorado area between 2003 - 2006 the Defendant had met several female activist or protesters who he furnished his music remixes to as a deejay from his websites : sunsetpromotions.webs.com AND ~~████████████████~~ djblazesp.w.x.com/djblazeResume , during which time defendant met Sarah Bardwell through some of these activist, and members of Food Not Bombs (FNB)

22. The Defendant had visited Food Not Bombs AND ANARCHIST BLACK CROSS MOVEMENT on LIPAN Street To show support For Groups AND MEMBERS between 2003 to 2006 in Denver, CO as well as Breakdown Book Collective or other activist meeting places; For rides and to share thoughts on upcoming events.

23. Because of Defendants political websites : watchdogblog.webs.com and our Freedom of Speech and Association during this period throughout Denver, Co and multiple districts we all had often ~~experience~~ witnessed and personally experienced hostility, antagonism, threats, intimidation From FBI Agents or FBI JTTF agents or police in Denver, Co or other places.

   Around 2004, Like Food Not Bombs, and Activist Sarah Bardwell, the Denver FBI JTTF Agents cornered the defendant and other activist or protesters and demanded to know if any FNB members or activist, or defendant, or groups were planning to commit crimes at the upcoming Republican OR Democratic Conventions, and threatened that concealment of information was obstruction

24. During this same time period between 2003 to 2006, the American Civil Liberties Union of Colorado released and published documents that says it confirms the Denver FBI Joint Terrorism Task Force (JTTF) is targeting political activist for harassment and building Files on all of the foregoing groups or activist the defendant had met and associated with such as Food NOT Bombs, Revolutionary Anti War Response Group, Anarchist Black Cross Movement, and activist such as Sarah Bardwell. See (EXHIBITS G and H / ACLU Articles) and (EXHIBIT I / FOODS No Bombs Website PRINT OUT). The ACLU obtained these documents through the Freedom of Information ACT, on behalf of 26 organizations and 10 individuals. So, we have evidence that political groups or individuals that the defendant associated with were also being targeted and harassed for political reasons not based in any legitimate law enforcement interest

25. Soon after he the defendant was assaulted and injured that required hospitalization for 4 Days (EXHIBIT D / Medical Records) by FBI Agents and informants at the direction of FBI SA Schmitt, and the defendant filing the Restraining Orders in California against CNN Representatives who acted in concert with FBI SA Schmitt and their FBI contacts with threats of FINANCIAL destruction, (EXHIBIT E), the defendants entire music collection of compact disc valued at approximately $10,000/00

10.

25. were stolen at the direction of FBI SA BRIAN Schmitt and CNN Representatives who carried out the threats to subject defendant to disrupt his income and destroy his deejay career by the theft of defendant music he had collected across the country necessary for his djing career, See, (Defendants Filed police report #13CN0603254 that included a witness of the theft, Commerce City, Colorado Police Department by officer Michael A Vasquez #1973)

However, the court has blocked the defendants repeated request to allow the investigator to obtain the police report to present as evidence to support Entrapment Defense. This is a critical piece of evidence that shows the threats to disrupt defendants income were carried out by the FBI and CNN according to the restraining order information, and supports defendant claims and story.

This court has, on the record, instructed the defendants investigator not to gather requested records and not to gather anything related to an Entrapment Defense because it would not be presented at trial. On the other hand, this court has in its order (DKT 194) stated the Defendant must proffer "some" evidence of government inducement. This court has blocked the defense investigator from gathering such records as several transcripts reflect at status conferences, and then claims the defendant has no evidence for an Entrapment Instruction at trial. in a malicious effort to protect federal agents.

11.

26. Based upon the series of harassment by the Denver FOF SA BRIAN Schmitt, his partner, SA Lindsay, and Detective William Gallegos, the defendant made a series of verbal and written complaints to various officials, offices, or supervisors in an effort to stop and prevent the government harassment threats, intimidates, and misconduct.

As a direct and proximate result, Denver FBI SA Brian Schmitt created a FBI 302 Report dated 10/27/2005 WITH AN ATTACHMENT OF TIMELINE OF calls allegedly made by the Defendant created on 3/1/06. See (EXHIBIT J) The timeline of calls indicate the defendant reporting (1) to the FBI office that SA Schmitt and others were Following him on a public bus (2) threats of lawsuits (3) reports that SA Schmitt was harassing the defendant citing 18 USC 241 (4) reports SA Brian Schmitts harassment to his supervisors Steve Olson, and (5) that the defendant is being followed and harassed daily by the FBI, to various officials and offices. The FBI harassment sought to provoke, entice, lure, or induce a threat or violence by the defendant so that the government could prosecute the defendant and put him in prison to suppress and chill defendants protected First Amendment activities of Freedom of Speech and Association; as well as defendants websites he promoted on MY SPACE, Facebook or Twitter: watchdogblug-webs.com

12.

27. Once the defendant began to report FBI SA Brian Schmitt, his partner, SA Lindsey, and Detective William Gallegos harassment, threats, intimidation, and misconduct to various officials, those same officers came back and wrote defendant a series of tickets for Disturbance By use of Telephone, on a Denver County Court Ticket Book SEE (EXHIBIT K/TICKETS)

The purpose is to show that the tickets (EXHIBIT **K**) were written or issued to the defendant to harass and intimidate him thereby instituted criminal process against the defendant with malice as follows:

(a) Although tickets reflect FBI SA Schmitt as the complainant, he is actually the officer who wrote the tickets as the tickets are in his hand writing

(b) Our former PRIVATE investigator, Jim Willis, learned the officers name who signed the tickets by the badge number 94038, who signed the tickets, and found out it is Detective William Gallegos, of Denver Police Department, also a member of FBI Joint Terrorism Task Force (JTTF) with FBI SA Brian Schmitt.

(c) Detective William Gallegos normal official duties do not consist of issuance of tickets of any kind to area citizens but are more administrative and investigative work. So, he normally does not write tickets, and he merely signed these tickets.

13.

27.

(d) the tickets (EXHIBIT K) were issued to the defendant
IN about a four-month period. But, the ticket sequence
is 797075, 797076, 797077. The purpose is to show no
other tickets were written in that four-month period except
to the defendant, and were being issued For harassment by officers

Ticket
Sequence
{
Ticket No 797075 issued 10/21/05    4-month Period
Ticket No 797076 issued 12/16/05    DATES
Ticket No 797077 issued 1/25/06     ISSUED
}

No other tickets were issued to anyone else except Defendant

(e) FBI SA BRIAN Schmitt wrote "transient" inside the
address box for all three tickets (EXHIBIT K)
Instead of putting defendants address on Nevada
identification, or his hotel room at Western Inn
in an effort to smear and discredit the defendant
ON Ticket No 797076, the ticket shows approximate Location
of offense at Defendants hotel room, 4757 Vasques Blvd,
Denver, Co 80216. See (EXHIBIT L/WESTERN INN Address)
but FBI still put transient in address box.

(f) the defendant was appointed an attorney to
represent him For all the tickets which were all DISMISSED
in Defendants Favor to resolve this matter.

Based upon the foregoing points and authorities
the "evidence" shows that these officers used the legal process
For harassment purposes FoR Defendant exercise First Amendment rights

14.

28. In late summer or early fall 2006, the defendant traveled to San Francisco, California to attend gatherings to expose the Executive Branches intelligence failures, in particular the FBI's failures that resulted in September 11, 2001, terrorist attacks, and to expose the lies of the Executive Branch from multiple agencies according to our own United States Congress, that caused the death of over three thousand citizens.

The defendant promoted his websites and dynamic blogs, 911truth.webs.com and passed out flyers saying there was a U.S. Government cover-up and that the FBI was to blame for the 9/11 attacks and deaths of over 3000 Americans as the largest intelligence failure in U.S. History, asking locals and tourist to watch the shocking documentaries on defendants website above: 911truth.webs.com , See (EXHIBIT M/Flyers)

In an effort to disrupt and chill defendants freedom of speech, the FBI sent an off duty police officer in a vehicle to harass, threaten, and intimidate the defendant to leave the area or be arrested, and targeted the defendant for an unlawful arrest and illegal search and seizure for vandalism of the off duty officers vehicle whose ~~tag~~ tag number was 4YFU911 , while the off duty officer told the defendant "Fuck You 911" while being arrested

15.

28. Superior Court, State of California, People of the State of California v Jeff H Williamson, Case No 228549 See (EXHIBIT N /Motion and Dismissal of Case). The Government/FBI AND Police sought to harass, threaten, intimidate the defendant using an off Duty sergent with Police Dept For defendants Freedom of Speech and Association; all elements of Entrapment.

29. During the past Ten (10) to Fifteen (15) years, several government agencies have visited the defendant in multiple districts not related to any legitimate law enforcement interest including but not limited to the FBI, USMS, ATF, Secret Service, Dept of Homeland Security, Air Force, or other state and local police who have harassed, threatened, intimidated the defendant, and created reports that contain False Information (Lies about Defendant) in an effort to justify their unlawful activities and harassment, and designed to smear and discredit the defendant, all elements of entrapment:

     ✦ For example, the United States Marshal Service (USMS) created a report that claims the defendant associates himself with known "ELF Domestic Terrorist". See (EXHIBIT O/USMS Report) under Descriptive Remarks

     However, under cross-examination of Marshal Donald Harvey, the Government cannot give any names of any domestic terrorist it posted in it Report (EXHIBIT P /Testimony)

16.

+ The USMS Report (EXHIBIT D) USMS Report Further makes false claims that defendant is ANTI-Administration, ANTI-Judiciary, ANTI-FBI, ANTI-Government, Paranoid, abuses prescription drugs and illegal drugs, carrys a hammer for protection, and like the FBI list defendant as a transient and street person, all lies in USMS' Report.

The USMS Report list defendant as a transient and street person, but also past defendants occupation list as web blogger/DJ : djblazesp.wix.com/djblazeresume and sunsetpromotions.webs.com. Defendant Further provides a Few hotel reciepts (EXHIBIT P / Hotel Reciepts) during the time period that the USMS Report was created, to rebut the reports lies.

The USMS Report Further says Defendant is not a violent offender on one section and turns around and says defendant has violent tendencies on another page of the Report, and abuses drugs, all lies. The defendants criminal history is wrong and inaccurate or false.

30. In the instant case, there is a tremendous amount of evidence that even the government conceeds the defendant Filed countless complaints to government officials and agencies about the FBI Harassment and Misconduct in multiple districts that included gang stalking and issues raised about the tickets issued by SA Schmitt and Detective Gallegos that were dismissed in Defendants favor which is evidence of defendants reluctance to have a confrontation with the FBI or FBI SA Brian Schmitt See (EXHIBIT Q/STIPULATION Agreement by Government) and that no action, oversight or accountability was taken by the Government For over a decade whereby the defendant was overcome by repeated government harassments, threats, intimidation, coercive tactics that resulted in this indictment. For over a decade, the defendant went all the right routes and channels by Filing complaints that resulted in no oversight or accountability in complete abuse of power

31. The Defendant tried to File lawsuits or Writ of Mandamus Complaints which shows his reluctance to have a confrontation trying to resolve the matter through the Courts:
    + Jeff Williamson v Barack Obama, US District Court, Western District of Texas, Austin, Texas Division
    + Jeff Williamson v Glenn A Fine, US District Court, Western District of Texas, Austin Texas Division, Civ No 1:13-cv-653-SS
    + Jeff Williamson, v H. Marshall Jarrett, US DISTRICT

18

31

Court, Western District of Texas, Austin Texas Division
Case No A-13-CA-658-SS

The defendant does not have this "evidence" because it denied the defense investigator to gather these court records at the Nov 17, 2014 Status Conference and in its order (DKT ___ )


32. The defendants cell phone records (512) 730-9415 through AT&T Further contain hundreds of verbal complaints to several government officials or agencies in the Executive and legislative Branches seeking relief from the Government Harassment and Abuse of Power. For his websites: <u>watch dog blog, webs, com</u> showing Further reluctence to have a confrontation with the Government trying to stop and prevent the abuse of power. But, again the Court denied the defense investigator to gather these records to present as "evidence" For entrapment defense. However, we do have defendent cell phone records From (202) 817-7144 produced by Government that show hundreds of calls to Government officials and agencies seeking to stop the FBI harassment prior to his indictment demonstrating defendants reluctence to have a confrontation with Government/FBI, or to make any threats or acts of violence in response,

19.

33. The defendant called federal judges, sent emails, and contacted the media in hopes to stop and prevent the government/FBi harassment all noted on defendants cell phone records Further indications that he was reluctant to make a threat only to be overcome by a continuous daily stream of government/FBI harassment, threats, intimidation, gang stalking, coercive tactics that resulted in this indictment

34. However, the above Factual allegations are confirmed or supported by a collection of records or Files Furnished to the defendant by his Former Lawyers who conducted an investigation into these matters Therefore, the defendant has provided some "evidence" that government and media threats, coercive tactics, harassment, Financial destruction, assaults, throughout the years were designed to provoik, entice, lure, and induce a threat or act of violence by the defendant so the government could prosecute and put him in prison. See, United States v Trejo, 136 F3d 826, 828, (DC Cir 1998) that continued into this district by FBI Agents, Mick Fleming, Justin Holgate, Soria Bush, James Christie, Matthew Lowry, and others including unknown informants.
      Defendant has since learned that Washington DC Rogue FBI Agent, Matthew Lowry has been suspended by the FBI For tampering with evidence and using heroin From evidence bags who harassed Defendant For his website: watchdog blog.webs.com

34. See, (EXHIBIT R) WASHINGTON Post newspaper articles about FBI SA Matthew Lowry suspension and misconduct in the Washington DC area.

35. The defendant has proffered "some evidence" of government harassment, threats, assaults, Financial destructions, coercive tactics, or other misconduct that occured For over a decade in multiple districts that continued into this district by rogue agents who are now suspended From FBI employment :

    (1) Federal whistleblower, John Peeler that he like the defendant is being harassed by the FBI/Government, This Federal whistleblower provided information defendant published on his websites which are relevant to this case (EXHIBIT B)

    (2) Former FBI Agent, Jon Lipsky, Federal whistleblower, says, like the defendant, that the DOJ obstructed his investigation into Rocky Flats Nuclear Facility, the government covered up the dangers to public health, the FBI muzzled him, and he was retaliated in his job at the FBI, and has been harassed by the government (EXHIBIT C)

21.

(3) Defendants Medical records From Southern Hills Medical Center in Las Vegas NV, that show Dr Medina's notes on page 5, that defendant was attacked by Federal Agents, that she called a friend of Defendant named John Peeler who "Confirmed The Story" and that defendant is some Kind of activist (EXHIBIT D/Medical Records, page 5)

(4) Former Govt Agent, John Peeler, (EXHIBIT B) Furnished Defendant Information he published on his dynamic websites such as CIA "operation mockingbird" posted on : mediacoverup.webs.com, See Defendants Flyer (EXHIBIT E / CIA Operation Mockingbird Flyer)

(5) Defendant Filed restraining orders against CNN/HLN anchor, Rudi Bakhtiar For sending messages through FBI SA Brian Schmitt and others gang stalking defendant saying "Tower of Power" with threats to affect Defendants income and starve him to death if he did not remove him websites From the worldwide internet, elements of Entrapment. (EXHIBIT F) Restraining order)

(6) American Civil Liberties Union of Colorado through the Freedom of Information Act (FOIA) confirmed that the Denver FBI Joint Terrorism Task Force (FBI SA Brian Schmitt) is targeting political groups and activist FOR harassment who the defendant had visited and associated with in the Denver AREA For Protest (EXHIBITS G, H, and I)

(7) Soon after Defendant receuved threats of Financial Destruction noted in restraining order (EXHIBIT F) the defendant entire deejay music collection was stolen after threats from FBI SA Brian Schmitt and CNN as noted in Commerce City Police Dept, Police Report # 13CN06003254 that includes a witness of theft taken by officer Michael Vasquez #1973, elements of entrapment

(8) Denver FBI 302 Report by FBI JTTF, SA Brian Schmitt dated 10/27/2005 with attachment of time line of calls by defendant indicating defendant reporting FBI and these agents harassment for websites or protest activities. (EXHIBIT J)

(9) Tickets issued to Defendant by officers seeking to use the legal process to harass the defendant and retaliate against him for reporting their harassment and descrepancies with tickets for his protected political activities, all Dismissed by court, elements of Entrapment (EXHIBIT K / Tickets) and (EXHIBIT L / Hotel Address)

(10) FBI uses off duty officer to harass, threaten, intimidate the defendant to leave area or be targeted for unlawful arrest, illegal search and seizure for vandalism for passing out 9/11 Flyers and promoting website 911truth.webs.com   Charge DISMISSED (EXHIBIT N)



(11) USMS Report that falsely claims defendant associates himself with known ELF terrorist (EXHIBIT O) and other Lies and dishonesty. And, the testimony of USMS. Donald Harvey, who cannot name any domestic terrorist the defendant hangs out with (Exhibit P) - thats because the Defendant does not associate with terrorist of any kind, and US Marshals are Liars like the FBI in their Reports.

(12) Government concedes that defendant Filed countless complaints to government officials and agencies about FBI Harassment and misconduct in multiple districts that includes gang-stalking and tickets and that no action was ever taken on complaints, even though tickets were dismissed in Defendants favor (EXHIBIT Q)

(13) Defendant filed a series of lawsuits cited above that shows his reluctance to have a confrontation trying to resolve the matter through courts. The defendant has cell phone records of hundreds of calls to government officials and agencies voicing complaints about FBI Harassment trying to stop and prevent the misconduct. The defendant called federal judges, and even Congress and media that shows reluctance but was overcome by a daily stream of harassment by FBI & ST Schmitt that resulted

24,

(13) in this indictment

(14) The Washington DC FBI Agents targeted the defendant and used informants to also harass the defendant as reported in dozens of audio files produced by the government which included a rogue agent, Matthew Lowry now accused of tampering with evidence and using heroin suspended by the FBI for his misconduct, all of which resulted in this indictment. (EXHIBIT R)

36. Through all of the foregoing reports of government/FBI harassment, threats, intimidation, coercive tactics and misconduct, there has been No oversight or accountability by the government is this decade long abuse of power and violation of civil rights. The defendant has been able to produce or proffer "some evidence" of a long train of harassment, threats, intimidation, assaults, abuse of legal process, financial destruction, dishonesty and lies in government reports, government agents trying to smear and discredit the defendant, government harassment against groups or activist defendant associated with, and other misconduct that occurred in multiple districts that continued into this district that eventually resulted into this indictment. See United States v Trejo, 136 F3d 826, 828 (DC Cir 1998) See Foregoing Factual Allegations, and (EXHIBITS A - R)

31. Therefore, the defendant has proffered sufficient evidence from which a reasonable jury could find entrapment. Matthews, 485 US at 62. However, the defendant could have presented a mountain of evidence if the court would have approved the investigator to obtain a collection of files and records that demonstrate additional Government harassment or evidence, but this court has in essence sought to block the defendant from proffering any evidence of Entrapment and has been only able to present this evidence furnished by former lawyers of the defendant.

38. For over a decade, the defendant has been harassed, attacked and assaulted that resulted in a 9-Day hospitalization, subjected to Financial destruction not once, twice, but three times in past decade, subjected to threats, abuse of legal process, dishonesty and lies in government reports, smeared and discredited, defendants associated groups or individuals also harassed, wrongful and unlawful arrest, theft of his property, stalking, and other misconduct stated above. The Government has subjected the defendant to violations of his First, Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments to the US Constitution

There has been absolutely no relief or accountability for these abuses of power against the defendant.

39. Perhaps if this court had her judgeship taken away From her as well as her income, and was reduced to residing in her car or vehicle she could see things more clearly as an abuse of power. Perhaps if this court had to sleep in her car or vehicle in twenty degree freezing temperatures with the heater running dosing off to sleep only to be awaken by a tap of a Flashlight on the drivers side window to let her know the car had died in the cold almost resulting in hypothermia and her death, she could see things more clearly - at the cause of the government.

40. This court appears to be in her own little world with a false sense of reality and security. Civil Rights attorney, Denis Cunningham correctly argues in his 404(b) Motion that resulted in a 4.4 Million Dollar Jury Award to activist the 80-plus year History of the FBI AND Police shows that the FBI has repeatedly attempted to harass, injure, even cause death of Individuals in order to disrupt the activities of organizations critical of government and the Establishment. SEE (EXHIBIT S / FBI 80-plus year History)
What makes this court believe that the FBI/Government would depart from that history that has continued to the present. That Motion goes well beyond FBI Cointelpro and exposes a wide range of FBI abuses of power.

27.

40. The defendant submits that such FBI 80-year History (EXHIBIT S) is evidence of the FBI's routine practice that may be admitted to prove that on a particular occasion the FBI acted in accordance with habit or routine practice pursuant to Rule 406, Fed R Evid. The court Further erred in its denial of Defendants Rule proposed 404(b) and 406, Fed R Evid (DKT 27, 50, 64) that now is an issue For appeal if necessary.

41. Here, the district court has wrongfully barred the defendant From the entrapment defense using dishonesty and deceit blocking the defendant From gathering "some evidence" to proffer For his entrapment defense. Fortunately, the defendants former lawyers sent some of the records and Files that the defendant proffers in this motion For entrapment.

42. Here, the district court has also wrongfully assumes that defendants theory of entrapment is grounded on a false claim of causation and defendants claims are all nonsense. Moreover, the defendant has never claimed that the alleged threat was induced by the issuance of the Frivolous tickets. On the other hand, that claim was made by the government, not the defendant. Finally, the defendant claims that all of the foregoing harassment, threats, Financial destruction, assaults, and misconduct verified by the records as a collection together with the evidence this court has blocked

28.

42. by restrictions on the private investigator are grounds that resulted in this indictment. Furthermore, the defendant denys the third element of the offense which is another government Fairytale. At best, All the government has is a misdemeanor terroristic threat.

43. Procedurally, the entrapment defense is an issue of fact for the jury. The defendant is entitled to an entrapment jury instruction if he can show that some evidence supports both elements of the defense, as the defendant has done above. When the issue is raised before trial, the court must accept the defendants proffer or Factual Proffer as true and not weigh the evidence against the governments counterstatements or the court discount the defendants claims as it has done so here. See, United States v Mayfield Crim No 11-2439, 2014 WL 5861628, (7th Cir Nov 13, 2014) attached hereto in its Entirety (EXHIBIT T)

44. Like, Mayfield, the defendant proffered enough evidence to justify giving the issue to the jury. Defendant provided some facts that he was not predisposed to commit or make a threat, and narrated a story from the available evidence of substantial government harassment and all types of misconduct including assault on the defendant. The court may find defendants story false or unpersuasive, but like the Mayfield case says, "thats for the jury to decide" However, the records confirm or support the story.

29.

45. Here the suppressed "evidence" by the court restricting the defense investigator not to gather records so defendant could present and tell his story of Entrapment is what courts recognized to be the "central question" in entrapment cases.

Second, in the absence of the "evidence" the defendant sought to gather, the Court tried to paint an inaccurate picture or story on the record while it blocked such evidence

Third, not only did the Court block the "evidence" so the defendant couldn't present his story for entrapment, the Court denied the request and wrongfully made an adverse inference about the defendants credibility - and thus the reliability of his story - based on its own suppression of evidence.

46. Given the confluence of all the foregoing circumstances, Defendant cannot help but conclude that the governments outrageous conduct and Courts blind eye to the abuse of power is not worthy of the confidence in our legal system. The central promise of our criminal justice system is a trial based on all available defenses and competent evidence

This case can be cleared up in simple terms. No government harassment - No threat by the defendant. For the government to suggest that the defendant threatened to kill FBI SA Schnitt for issuance of three tickets as something he did ten (10) years ago has no merit. The third element, "intent" goes to defendants state of mind, and its all government speculation and hoopla for political reasons.

47. Finally, the court obviously has a serious disability by not be able to read or properly review cases, in particular the Defendant's conviction, United States v Williamson 4:08-CR-539 (SD Tex).

The defendant was NEVER charged or convicted of making threatening communications by phone to Kill an Assistant United States Attorney in Houston or to Kill FBI Agents, and this court is wrong again. The defendant was indicted for a single email only, a one count indictment Filed August 5, 2008 (DKT 5) in that case, to blow up the Front of FBI, J Edgar Hoover Building, to be clear on this matter.

Moreover, the Court seems to purposely leave out of its order (DKT 194) a current heated battle about the federal prosecutors in that case intentionally withholding evidence in violation of Rule 16, Fed R Crim P, resulting in a "trial by Ambush" and wrongful conviction in the case.

The defendant reported these discovery violations and unethical state Bar violations to appeal attorney Laura Leavitt, Federal Public Defenders office committed by the prosecutors at trial, However, Laura Leavitt refused and failed to raise these issues, so the defendant Filed a complaint with the Texas State BAR, dated August 25, 2014. See (EXHIBIT U). The State Bar of Texas dismissed the defendants complaint (EXHIBIT V). The defendant appealed the dismissal, and The Board of Disciplinary Appeals GRANTED defendants appeal Finding that the grievance alleges a violation of Texas Disciplinary Rules of Profession Conduct (EXHIBIT W)

31

48. In the defendants complaint to Laura Leavitt (EXHIBIT U) the defendant attaches the transcripts to the complaint from the trial that clearly shows the federal prosecutor violation of the law, Rule 16, Fed R Crim P, and even acknowledging the government missed the Discovery Deadline imposed by the court by one of its own prosecutors

49. The purpose is to show that the government used dishonesty and deceit withholding evidence at that trial that resulted in a "trial by ambush" and wrongful conviction, and that these misconduct allegations are being investigated by the Texas State Bar,

50. Should the government try and impeach the defendant with his conviction, we will raise these issues before the Texas State Bar that are being reviewed and under investigation for attorney and prosecutor misconduct, to the jury in this case to show that the government had to cheat and violate the law to get a conviction

51 The Board of Disciplinary Appeals, Texas even says in its response granting the appeal that the grievance indicates violation of the Rules of Professional Conduct concerning that case, and is relevant to the conviction based on that misconduct. Finally, the defendant is Filing a 28 USC 2255 based on the foregoing arguments.

# Conclusion

Defendant submits that the "evidence" above and (EXHIBITS A-T) demonstrate that the government harassment, threats, coercive tactics, Financial destruction, assault and hospitalization of defendant, abuse of legal process, dishonesty and lies in government reports, defendant smeared and discredited, wrongful and unlawful arrest, theft of his property, stalking, harassment of groups or individuals defendant associated with, and other misconduct all were designed to provoke, entice, lure, and induce the defendant into a threat or act of violence so the government could prosecute and seek imprisonment to suppress and chill defendants Free Speech and Association and websites on the worldwide internet

No Government harassment - No threat, its that simple. The Governments lack of oversight and accountability of the Foregoing misconduct and conspiracy against Defendents rights are a violation of 18 U.S.C. 241, and contributed significantly to the crisis we are in today in this continuous abuse of power for political reasons, The defendant believes he has met the evidence test to present a entrapment defense. United States v Burkley 591 Fed 903, 914-15 (DC Cir 1978).

The defendant is compelled to conclude that should the court again deny defendants Entrapment Instruction request, that the suppressed and blocked "evidence" the court prevented the investigator from gathering is material to the issue of Entrapment, and this court of Appeals will reverse this case on this fact alone,

Based on the foregoing points and authorities and (EXHIBITS A - T) this court is urged to issue the Entrapment Instruction to the jury at trial.

In the alternative, if the court finds that the evidence is insufficient, that a continuance be granted so that the investigator can gather additional "evidence" that the court has blocked and suppressed material to an Entrapment Defense, an issue of fact for the jury to decide.

Nov 24, 2014

ATTACHMENT : (EXHIBITS A - W)

Respectfully Submitted,

Certificate of Service

This is to certify that a true and correct copy of the foregoing motion has been mailed to or hand delivered to US Attorneys Office, 555 Fourth St, N.W., Washington DC 20530

Nov 24, 2014

34