# EXHIBIT A

# From the desk of Captain Rodney Stich
1316 Oakmont Drive, # 6, Walnut Creek, CA 94595
Veteran crusader against corruption in government, cover-ups, and resulting catastrophic events
Phone: 925-944-1930; FAX 925-295-1203   stich@rodneystich.com

August 24, 2014



CCA/Jeff H. Williamson, 319831
1901 E Street, SE
Washington, DC 20003

Hello Mr. ▇▇▇ and Mr. Williamson,

Ted Gunderson, a longtime friend, died several years ago from cancer.

As for me, I continue the fight that I started in 1964, and there is a tremendous amount of documented information at my primary site, www. Defraudingamerica.com.

Best wishes,

Rodney Stich

# TED L. GUNDERSON
FBI Bureau Chief,
Senior Special Agent In Charge, (Ret.)
Head of the Los Angeles Office of the
Federal Bureau of Investigation
6230 A Wilshire Blvd.
Los Angeles, CA 90048
Direct Line: (337)344-8876
California Investigation License Number: 12878

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1979 – Present | Ted L. Gunderson & Associates. Founder, owner and operator of this international security consulting and investigation firm in 1979. Investigator for F. Lee Bailey Esq., Mr. Bailey describes Ted Gunderson as a person "whose investigative skills are unsurpassed by anyone I know or have known". At the time of retirement from the Federal Bureau of Investigations, Ted had 700 personnel under his command and he operated an annual budget of Twenty Two Million dollars (USD 22,000,000.00). |
| | Ted is a renowned lecturer, published author and researcher. National Television and radio appearances include "The Geraldo Show", "48 Hours Mysteries", "Unsolved Mysteries" and "Larry King Live". He has been regularly featured on Discovery Channel and Lifetime. |
| 1984 | Los Angeles Olympics Committee Consultant. |
| 1981 – 1982 | California Narcotics Authority – Consultant appointed by Governor Jerry Brown. |
| 1979 | Pan American Games, San Juan, Puerto Rico – Security Coordinator Special Appointee of United States Attorney General Griffin B. Bell. |
| 1951 – 1979 | Federal Bureau of Investigations |
| | 1977 – 79  Senior Special Agent-In-Charge, Los Angeles, California |
| | 1973 – 77  Special Agent-In-Charge, Memphis, Tennessee and Dallas, Texas |
| | 1973       Chief Inspector |
| | 1965 – 73  Assistant Special Agent-In-Charge, New Haven, Connecticut and Philadelphia, Pennsylvania |
| | 1960 – 65  Special Agent Supervisors – Federal Bureau of Investigations Headquarters, Washington, D.C |
| | 1951 – 60  Special Agent |
| PUBLICATIONS  1989 | "How To Locate Anyone Anywhere Without Leaving Home" – E.P Dutton |
| EDUCATION  1950 | Bachelor of Science – University of Nebraska |
| AWARDS  1979 | Distinguished Alumnus Award in Recognition of Distinguished and Devoted Service to His Country – University of Nebraska |
| 1977 | Alumni Highest Effort Award in the Field of law Enforcement, Sigma Alpha Epsilon Social Fraternity |
| 1977 | Law enforcement Officer of the Year – AFL-CIO Metal Trades Counsel, Los Angeles, California |