EXHIBIT

B

Case 4:08-cr-00■■■ Document 373-10 Filed in ■■■ on 11/25/09 Page 24 of 30
John Peeler, one of my sources
(Federal Whistleblower)
Case 4:08-cr-00■■■ Document ■■■ Filed in ■■■ on 10/16/2008 Page 1 of 16

# ALAMO
## Christian Ministries World Newsletter

*Pastor Tony Alamo* • *April – June 2003* • *Volume 05700*

## Malawi

Dear Pastor Tony Alamo,

Greetings to you, grace and peace be multiplied unto you through God our Father, and through Jesus Christ our Lord. For the Father lavished His love upon us, that we should be called children of God (1 John 3:1). Pastor, I would like to thank you for the materials you are sending me. May the God of our Lord Jesus bless you abundantly through all His riches. My wife, Temwa, and I are busy distributing literature and newsletters. I have opened a small office, and so many people are coming to get your literatures. Many repent and get baptized. This small office is very busy by school students and people from other churches. They come in asking questions and then repent from their sins. So please, Pastor Tony, send me many literatures of different kinds. Send many newsletters and many of your books entitled, *The Messiah*. Thousands of people are coming as if I give them a lot of money, but it's the Word of God. I am busy baptizing people in the river. Send me Bibles for some people which have repented from their sins. I went to Zambia preaching about your literature and people received Jesus and got baptized in the river called Wemba. Your literature is a net for fish.

Many blessings from God be with you and those people who are busy serving in your ministry.

Pastor N.K.            Rumphi, Malawi



*Tony Alamo with the late superstar and congressman, Sonny Bono (left) and Congresswoman Mary Bono (right). All three are wearing Tony Alamo designer jackets, which are worn by hundreds of motion picture stars, entertainers, recording artists, sports figures, presidents, politicians, kings, queens, princes, and princesses.*



*John Garry Peeler, former undercover BATF, FBI, and DEA officer confesses his and the government's involvement with the Waco Massacre, the World Trade Center, and the Federal Building in Oklahoma City.*



*John Peeler, Jr., pictured above with his wife, has served seven years of a life sentence in the Arkansas Department of Corrections, East Arkansas Regional Unit, simply because his father refused to obey federal government orders to assassinate World Pastor Tony Alamo.*

## EVIL ONE-WORLD GOVERNMENT AGENTS ARE CLAIMING TO BE UNITED STATES AGENTS

### By Tony Alamo

**THE CONFESSION OF A FORMER FBI, BATF, DEA, AND FEDERAL BUREAU TASK FORCE UNDERCOVER AGENT**

After quitting his diabolical work for Rome, under the pretense of being part of the United States government, John G. Peeler tells how the United States of America's law enforcement agencies are enforcing the Pope in Rome's will on U.S. citizens. All of its secret societies pretend to be the servants and the protectors of not only the U.S. citizens, but the citizens of the world.[1] However, in reality, Mr. Peeler and many thousands of other former government people say they were out to destroy U.S. citizens, as well as the citizens in all the other nations of the world. John Peeler said that the BATF, DEA, and FBI's plan was not to arrest David Koresh. You can read John Peeler's confession in this literature wherein he states that the BATF, the FBI, and the DEA had no intention of arresting the Branch Davidians. "The whole plan was to kill [David Koresh] and as many of his followers as they could. Three weeks before the massacre, they told me [Peeler] they were calling it a 'turkey shoot' [with David Koresh and his followers being the turkeys. All of them were an offshoot of the Seventh Day Adventist church]."

"I volunteered to go to the Waco 'turkey shoot,'" Peeler said, "They [the government] told me they were taking the most ammunition, the most weapons they ever took in the United States to a bust and that they didn't plan to take David Koresh alive. They planned to kill him." "I was involved in the Oklahoma bombing and the World Trade Center number one and number two attacks," Peeler said (complete confession below).

On April 28, 2003, Joan Decker, who has been a volunteer member of the Holy Alamo Christian Church for thirty three years, answered the prayer-line phone. The first thing she heard was a man blurting out, "You've got my permission to record this conversation if you would like to."

The copy of this tape and the transcript is on our website. You can hear it exactly as it happened,

[1] *U.S.S. the Secret History of America's First Central Intelligence Agency*, R. Harris Smith, University of Calif. Press, 1972; *Virtual Government*, Alex Constantine, Feral House, *Democracy Under Siege*, C.T. Wilcox, Dandelion Book Publication; *A Vatican Betrayed*, Carol Rittner, Fidelity Publishing; *New Lies for Old*, Anatoliy Golitsyn, Dodd, Mead & Co.; *Drugging America, Defrauding America*, Rodney Stich, *Disable Western Press; America Awake!*, Norman D. Livergood, Dandelion Book Publication.

### Ghana

Dear Pastor Alamo,

May God bless you, your family, and the entire Body of Christ within your ministry. It is wonderful to note the great works. God has been doing through your gospel literature. They are the direct messages from God Himself, unfiltered and undiluted. Yes, you are the best man of God, if not the only man of God on the earth in these last days who has allowed himself to be used by God to present the Word of God as it is. You are not concerned with winning favor from the governments of the world, and therefore you don't compromise with their evil deeds which most pastors and churches in the world have been blindfolded to be part of. Because of this, God is doing the greatest works in the world through you to save many lost souls. Your gospel literature is directly led by the Holy Spirit to save souls. As a distributor of your literature, I have observed a lot of miraculous ways in which God directs the distribution

*(Continued on page 2)*

*(Continued on page 2)*

## EVIL ONE-WORLD GOVERNMENT AGENTS ARE CLAIMING TO BE UNITED STATES AGENTS

*(Continued from page 1)*

and you can read it now. The conversation Mr. Peeler had with Joan Decker was almost identical to the conversation that was taped by Don Sweat, another Christian who has been with the Alamo Churches for thirty-two and a half years. Because of the limited space and because of redundancy we are printing only the conversation between Mr. Peeler and Don Sweat.

We will refer to Mr. John Peeler as "Peeler" and Mr. Don Sweat as "Don."

**Peeler:** Hello.

**Don:** Yes, is John Peeler in?

**Peeler:** Yes, who is this?

**Don:** Hi, my name is Don. I work with Pastor Tony Alamo and Alamo Ministries.

**Peeler:** Hey yeah. I called earlier and talked with a lady named Joan.

**Don:** Right.

**Peeler:** Did you get a chance to listen to the tape, sir?

**Don:** No, I haven't, but I understand you wanted someone else to call you. You had some more information.

**Peeler:** That's right. I volunteered and worked undercover for the United States government. I had the best intentions in the world. In 1988, the [Ku Klux] Klan was burning black churches here in Arkansas and the surrounding southern areas. But anyway, what I'm saying is a real, real complicated mess. I would like for you to pray for my son and myself. I'm no longer with the United States government. The only way I'm with the government now is they harass me on a regular basis and trying to figure out some way to put me in jail. The FBI came to my home a few weeks ago and threatened me. Then they forced me to take a polygraph test. I took a polygraph test, and I passed it. They are real upset because I no longer do deals for them. But they did me really dirty. What happened, I volunteered and went undercover for the government in 1988. They had a list of people that they had me to get to know these people, get involved with them, and then find out *all* about them. But most of the people who were on the list were really bad people. Most of these people were like Wilbur Hale, the high Phineas priest, the KKK, him and Richard Wayne Snell. Let me tell you what precipitated this in my conversation with you. What happened, I get Tony Alamo's newsletters most of the time. Sometimes I look at them better than others, but this last one, when I read about the Pearl Harbor thing, it sent shivers through my spine. It really did, because I was involved with a lot of the things that he's talking about in there. I know for a fact that he's one hundred percent correct. You see, *Another Pearl Harbor,* I've got a college degree at the University of Arkansas, but I'm working on my master's degree in history now. So anyway, [regarding] Pearl Harbor, [in WWII, President Roosevelt and his whole administration, along with] a lot of the high-ranking officers knew that it was going to happen.

[The bombing of Pearl Harbor made the people of America angry enough to go to war against Japan. FDR, who was a puppet of the Pope and the Pope's man in the White House, knew they needed Pearl Harbor to get the United States involved in the war. FDR knowingly allowed the attack on Pearl Harbor to happen, causing the American people to fight Japan during WWII. FDR gave not only the secrets of the atomic bomb to Russia, to Stalin, he gave the atomic bomb to Stalin in Russia, along with 2.2 pounds of uranium, at a time when the United States' total stock of uranium was only 4.5 pounds. The bomb was transported to Russia from an airport in Great Falls, Montana. Major George Racey Jordan observed the entire conspiracy.[2]

This FDR atrocity was commanded by the Pope. The command was given to President Roosevelt by Cardinal Spellman, a homosexual, who was the Pope's man in the White House at the time. Cardinal Spellman and secret Catholic Knights of Malta Joe Kennedy used FDR to give Stalin the nuclear device.[3] Stalin took his orders from another Cardinal, named Agagianian.[4] The Vatican, Roosevelt, and Stalin were Jew-haters.[5] Hitler's entire top echelon was Catholic.[6] They proved their hatred for the Jews in the concentration camps in Germany, Poland, and Czechoslovakia.

The White House blamed Julius and Ethel Rosenberg for having given the A bomb to Russia. Both Julius and Ethel Rosenberg were put to death for Roosevelt's crime.[7]

President Bush is the most Catholic president we've ever had. He is surrounded with cardinals. "From the beginning of his presidency, George Bush has been promoting the (Vatican Nazi) Jesuit agenda. Two months into his presidency, surrounded by cardinals of Rome, the President dedicated a cultural center in Washington, D.C., to the greatest enemy this Republic has ever had, the Pope of Rome. Bush declared that he is going to enforce the words and teachings of the Pope here in America."[8] President Bush said, "The best way to honor Pope John Paul II, truly one of the greatest men, is to take his teachings seriously, to listen to his words and put his words and his teachings into action here in America." Mr. Bush is advocating Catholic Nazi terrorism, which is Roman canon law. The Vatican has been terrorizing the people of the world for centuries! (Patrick Zapata, *Catholic News Service,* March 21, 2001.)]

Back to Peeler: You see, the same thing happened on the World Trade Center. [illegible] you see what happened while I was involved with the government. I started out slow. I became a member of the Invisible Empire, the Ku Klux Klan, the Aryan Nation, and all these things

[The BATF, FBI, DEA, the Federal Bureau Task Force, CIA, CFR, Knights of Malta, all these are branches of the Vatican. The Vatican doesn't care at all if you come against a president, a king, a queen, or one of these branches, because they're nothing but smokescreens for the Pope. Just so you don't say anything bad about the "boss," the Vatican, the Pope in Rome powered by Satan, "the great red dragon" (Rev. 12:3)]. I don't believe in what they believe. Don't get me wrong, Don. I thought I was helping God and country. You know what I'm saying?

Don: Right.

Peeler: I thought I was. I knew some black people that had their church that was burned down here in Little Rock. I knew them personally, some of those people. Okay. Anyway, I knew that that was totally wrong, burning churches down and suppressing people just because of the color of their skin. So anyway, I'm not a white supremacist or anything. I'm a Christian first. I belong to a non-denominational church. But anyway, I've heard of Tony Alamo off and on for many years. But in 1988, when I started with the government, Tony Alamo was one of the guys that's been on the government hit list [to assassinate], to my knowledge, since 1988. You know most of these people on the list you can understand why they are on the list, Don, you know the leader of the Aryan Nation, the leader of the KKK Phineas priesthood. Do you know what you have to do to be a Phineas priest of the KKK, Don?

Don: No.

Peeler: You have to murder two people in cold blood that they tell you to murder. I put over a dozen of those people in federal prison. Do you see what I'm saying?

Don: Right.

Peeler: So I thought I was doing a good thing, but towards the end of my government involvement what happened, you see, is I even went with some federal agents to Alma, Arkansas [Alamo territory] and ate at the [Alamo] restaurant there and talked with some of the followers of Tony Alamo. So you see, I didn't go and pursue it. I didn't become a member of the Tony Alamo Foundation or anything because I had bigger fish to fry. You know what I'm saying?

Don: Yes.

Peeler: But anyway, I can prove beyond a shadow of a doubt these people that I was involved with, most of them were involved with crimes and stuff. But I mean, like the head leader, the Phineas priest of the KKK and another guy named Lane Larrieu and another one named Mike Ash. I was forced to frame these three Aryan Nation and KKK leaders. I was forced to frame them. But during my tenure of involvement with the government, what happened, I met Tim Tuttle, also known as Timothy James McVeigh, five different times. I went to the Oklahoma City Federal Building. I helped, I hope God forgives me, but the government swore to me they were going to stop the bombing before it happened. You see what I'm saying?

Don: Right.

Peeler: But anyway, I was actively involved in the bombing of the Oklahoma Federal Building. About a year ago, the BBC, British Broadcasting Channel, Channel 4 (the largest channel in the world) before Timothy James McVeigh got executed, through his lawyers and his investigators and stuff, they got in touch with me and talked to me. But they figured he was involved so they couldn't save him or anything, so they didn't have me go to court.

But anyways, one of my main things with the government, I refused to do certain deals for them, and one of the deals I refused to do for them was to target [assassinate] and entrap and frame Tony Alamo. As a result of [me not doing] that, they tried to frame me for murder and put me in jail for murder in 1995, Sir. The main reason they weren't successful is because at the time of the alleged event, I had been shot (most of the agents didn't know it), and I was still in the hospital in an oxygen tent, the time they gave of the alleged offense. They were unable to frame me, so they framed my youngest son. Is this a security [bond] that they are holding over my head? But my son told me this last Sunday when I visited him not to let it bother me anymore, but to tell the whole world about it if I wanted to. But see, my son is with the Eagle Scouts, a lance corporal of the Marine Corp, a Christian kid, never did any dope or anything in his life. He's only had two traffic violations in his entire life. They tried to frame me and were unsuccessful, so they framed my youngest son here in Arkansas. He's doing life without parole for murder. There's no body, there's no weapon, there's no blood, there's no hair, there's no forensic evidence, there's no eyewitnesses. There's just two people that the government got to come forward. The two people are my ex-wife and his estranged wife that they forced them to say that he said that he murdered a person. There is no evidence, Sir. I mean, people that I've talked to, a lot of people, don't believe me. But I've got the newspaper articles and the court transcripts about the case and stuff. But the reason my son was framed is because there was Tony Alamo, and there was a communist leader. There were three people that I refused to target [assassinate], entrap, and frame for the government. So the government, I've become persona non gratis, they tried to frame me and were unsuccessful. So they framed my youngest son for murder, and he's doing life without parole in a prison. A company from California came to the prison where he was at to do a movie about him. They had permission there at that prison, Grady, Arkansas, at Varner. So the night before they came, they transferred him to another prison, and that was at Brickeys, Arkansas, in the northeast corner of Arkansas. Now, I'm not blaming Tony Alamo. He didn't have nothing to do with it. It's all my involvement with the government and stuff that messed the whole thing up. You know what I'm saying?

For example, Bill Buford and Glenn Jordan, two of the agents that were with the Bureau of Alcohol, Tobacco and Firearms, out of the TCBY Building in Little Rock, I worked a lot with them.

[Peeler said that Buford (his boss) was the one who is pictured on the roof in the film clip at Waco, where he put his machine gun into the window and murdered his three fellow officers. The film then shows a bullet coming from one of his fellow officers through the outside wall and hitting Buford on his helmet. It knocked him out for a couple of seconds. Buford got up, slid down the roof, and went down the ladder. David Koresh and his followers were blamed for that, but Peeler said Buford did it. I, Tony Alamo, have sent tapes of this very incident, not only to the American media and press, but even out of the country. Recently, I've seen one of the Waco tapes on TV, but that tape doesn't show what Peeler said Buford did to his fellow officers. However, it may be possible to get a copy of the tape from the place I got my copy.[10] There are several video tapes, but the only one that shows who Peeler said is Buford shooting the three officers, is entitled, *Waco, the Big Lie*.

If the media and press are not Satan's mouth, why do they cover up all the millions of things that the Vatican's government, which has infiltrated the American government, is doing? The Catholic-controlled news media, the propagandists, still continue to call David Koresh a murderer, when in fact, the Pope's goons are the murderers. They still continue to say he murdered those three federal government agents and others, when in fact, they murdered them, and they still continue to say he was a cult leader, when in fact, the Pope is not only the cult leader, but is the one who has ordered the many atrocities that we see in the world today. Audio tapes and books show clearly that David Koresh was no cult leader, but a Bible-believing, Seventh Day Adventist preacher.[11]

The war between the Jews and Arabs is also created by the Roman Catholic Antichrist and his puppet goons. The Jews and Arabs can live very peacefully together, but the Vatican wants their Pope, the one who is creating all the wars, to look like he's the one who will bring about peace. He is the one who will

10 Mount Carmel Survivors Memorial Fund, P.O. Box 120, Axtell, TX 76624. 11 To order different books and tapes of Koresh contact: Mount Carmel Survivors [illegible] *The True Story of Waco*, [illegible] Mount Carmel, "Waco: The Rules of Engagement," "Waco: A New Revelation," [illegible] *The Waco Whitewash*, Jack DeVault, [illegible] *The Davidian Massacre*, Carol Moore, *The Ashes of Waco*, Dick J. Reavis, *Why Waco? Cults and the Battle for Religious Freedom in America*, James D. Tabor and Eugene V. Gallagher, *No More Wacos: What's Wrong with Federal Law Enforcement* [illegible] David B. Kopel and Paul H. Blackman, *Send In The Waco Killers: Essays on the Freedom Movement 1993-1998*, Vin and Jeanne Suprynowicz, [illegible] *Armageddon in Waco* [illegible] Stuart A. Wright, *From the Ashes: Making Sense of Waco*, James R. Lewis, [illegible] The February 28, 1993 [illegible] *The Decoded Messages of the Seven Seals of the Book of Revelation*

## EVIL ONE-WORLD GOVERNMENT AGENTS ARE CLAIMING TO BE UNITED STATES AGENTS

tell the Jews, "If you let me sit on the throne in Jerusalem, because I am God, no one will dare bother you again. I will command them to stop the terrorism (the terrorism he is creating), and they will do what I (the Antichrist) tell them to do." It's easy for the person who is causing terrorism to end terrorism. It's easy to make a toddler stop crying if you just give the toddler some candy or whatever else it wants. The goons he uses to do these things are the followers of the Antichrist cult leader in Rome. The Pope is the very Antichrist.]

Back to Peeler: But anyway, [Buford, my boss, Jordan and I] were talking about the book of Revelation, the most misunderstood book of the Bible. But anyway, before they went to Waco, to Mount Carmel, they told me that they did not plan to take David Koresh alive. The whole plan was to kill David Koresh and as many of his followers as they could. Maybe God will forgive me, but they [Buford and Jordan] called it a 'turkey shoot' that they were going to. Do you see what I'm saying? But I had volunteered earlier to go down there to help get David Koresh away from the compound and to help target [assassinate] him, entrap him, and frame him, because they told me what an evil person he was, and that he was a child molester and stuff. He probably didn't do nothing. He was on the wrong side of the government [the secular government]. But anyway, before they went down there, I sat there in the office and talked to them about it. They told me they were going to kill him. Do you know what I'm saying? David Koresh was going to be dead before the deal was over with. That was a sure deal that they were going to do, okay?

You see, three weeks before the Oklahoma bombing, I had a bad feeling about it. So I wrote letters to the President of the United States [Bill Clinton] and the governor of Arkansas and all different kinds, and the governor of Oklahoma, and told them that on Patriot's Day that Richard Wayne Snell and these different people, Klan leaders and stuff, had planned to blow up the Oklahoma Federal Building. We had busted a lot of these people. The government had jumped in on the bandwagon. You see, the Cold War was ending in Russia and so forth, and they were about to, because of Ruby Ridge and different deals that the government had done, they were about to combine the BATF with the FBI. The BATF didn't want that. So just like Pearl Harbor, they knowingly allowed the deal to go through and the people to be involved.

I met with Muslim people. The third guy that was involved that they never caught or captured or anything was a Muslim fella that was the moneyman on the deal. His English was not very good. My English is not very good either, but his was bad and he had a heavy accent. So they never got him or wanted to get him, 'cause the government knew who he was. He was obviously working both sides of the fence anyway, which a lot of people are. In fact, Timothy James McVeigh, we called him Tim Tuttle, was the name he went by, the BBC, he told them through his lawyer and investigator that I was more involved and knew more about the Oklahoma bombing and what really happened than he did. That's why the BBC sent a camera crew and came to my home here in North Little Rock and filmed me for three hours. We went to some of the buildings here in town that they had planned to blow up on the same day, that they didn't blow up because these buildings were well guarded, and they didn't allow them to be blown up. The Arkansas State Capitol and the TCBY Building were supposed to be blown up on the same day.

But anyway, the Klan joined up in 1990, these Klan leaders were losing membership and losing money. Wilbur Hale went to Saudi Arabia and got in with some terrorist leaders and got them to help him out, because they both hate the Jews. But then, I helped bust a lot of these people. So the government, instead of stopping the deal, they jumped in on the bandwagon and helped the deals to happen and helped them happen better than what they would have happened. Do you see what I'm saying?

Don: Right.

Peeler: They helped them [do the job] better. In fact, I had to go and get manuals in El Dorado, Arkansas, to a store down there. I bought them a whole suitcase full of manuals on how to make bombs and explosives and stuff, and terroristic tactics and stuff, that the government gave me the money and had me go buy to help Timothy James McVeigh to make the ammo bomb that he manufactured. I mean the [Vatican Roman Catholic-controlled] government is heavily, heavily involved with this deal. Okay, so three weeks before Oklahoma I write letters to all these people about it's going to happen. Like the FBI said a month ago, am I with a psychic? "No, I'm not with a psychic," I said. Well, maybe I didn't give them enough time.

Three months before the 9/11 World Trade Center attack, I wrote a letter to Mayor Guiliani, the President of the United States, the director of the CIA, the Pentagon, and about a dozen other government officials and told them the deal was going to happen in the first of September. They are going to attack the World Trade Center. They're going to do it the way they promised they were going to do it in the *Turner Diaries.* You've probably never read the *Turner Diaries,* but the way the *Turner Diaries* ends is they steal an airplane and get a suitcase. This is a KKK publication they got out about how they take over the United States with a RAHOWA (Racial Holy War). They are trying to make it the Christian world against the Muslim world. They went and talked to these people at Elohim City in Oklahoma, the KKK compound. They told them a whole lot of information about the thing, and what happened in Oklahoma, and about Timothy James McVeigh and how the deal *really* happened, and how the government was more involved than they were. See, they started the ball rolling, then the government, we busted these people, we framed them, they jumped in on the bandwagon. They knowingly allowed it and helped it happen and went out of their way to help it happen. I can prove that the United States government agents were involved in the Oklahoma bombing, in the World Trade Center one and two attacks, both attacks, and the federal agents were involved in the Waco murders. I have told this information and wrote it to senators and congressmen and different people. All they do is send the FBI and give me all these polygraph tests and talk to me and tell me to shut up or something is going to happen to my son. My son told me to quit being afraid of them and to tell anybody that I wanted to tell about it.

So when I got this newsletter the other day in my post office box about Tony Alamo telling about the Pearl Harbor thing, it just sent shivers through me that he's so hundred percent correct, and that most of the people in America refuse to believe it. You know what I'm saying. That he's just a hundred percent on the ball knowing what's happening. I'm sure he's a godly-inspired man, from what the people I've talked to and so forth and the things I've read about him. But besides that, he's just a hundred percent, from what I know about the secular world and what's really happening and what the government's doing, he's just a hundred percent right on the mark. Do you know what I'm saying?

Don: Oh, yes, I do.

Peeler: The government, I'm sure, you know, they read his stuff on a regular basis. I mean, when I was in the BATF office, and the FBI office, they sit around and read his literature on a regular basis. But anyway, I would like to talk to you people. You can do an article about it; you can take a photograph, film, and movie, whatever you want to do. But I think it would be interesting if the American people really knew that Pastor Alamo is a hundred percent right. There are all these [Vatican, Roman Catholic] government conspiracies that are really happening.

Don: Right.

Peeler: Do you see what I'm saying, Don?

Don: Yes.

Peeler: But anyway, what do you think, Don? I mean, I got newspaper articles where they even said that I framed people in federal court. You know, agent John Garry Peeler tried to frame Tom Peterson for a crime. Do you see what I'm saying?

Don: Right.

Peeler: Yup. I got this BBC tape where we're talking about the Oklahoma bombing. When I'm talking to the BBC guys is right before the 9/11 attacks and we're talking about the 9/11 attacks is going to happen. They're debating on whether they need to go by and take pictures of the World Trade Center before it happens. Do you see what I'm saying?

Don: Yes.

Peeler: Yeah. But anyway, there's all these government conspiracies. The name of the tape that they did, the BBC, John Sergeant is the one that made this up, it's called "The Secret Rulers of the World: The New World Order." The thirty minute movie made for TV for British Channel 4, the largest channel in the world, but to my knowledge, they did not show this thirty minute tape or movie in the United States, because the United States media is very controlled by the [Roman Catholic] government, even the media right here in Arkansas. You can't get anything done without the government knowing about it and trying to put the stops to it.

My son is one hundred percent innocent. None of the media wants to jump on his case because the government just totally framed him because of me and to try to get me to shut up and to quit telling people like you about what they're really doing. Is there anything I can do to help your organization, or can you write or do anything to help my son out?

I want you to tell Pastor Alamo right now to be as careful as he can because the government might even assassinate him over this article that he did. For example, they have someone who's real good at fixing your car (this is one of the deals they did a long time ago on a person I knew). They went and put a big screwdriver inside the tubeless tire of the car and this guy had a Corvette and drove it really fast. He was going around the curve, the screwdriver came through the tire, and he rolled off a curve and killed himself. There's stuff they can put in your drink, like for example, Castro, they tried to get people and send them down there to put LSD and different mind-altering drugs in his drinks or ice cream or whatever. Just tell Tony Alamo after this last article he did where he's one hundred percent on the mark and where it shows the government and the special agents for doing what they're doing is totally corrupt and outrageous, that he needs to be extremely careful because the United States government which is thoroughly controlled by the Vatican Roman Catholic cult "church"] has killed people for less.

Don: You know, what they hate is exactly what Pastor Alamo has done in this last piece of literature, is to be exposed.

Peeler: You're one hundred percent right. It's just like when you turn a light on; the roaches in the room go and hide under the furniture and things because in the light they're afraid something's going to happen to them. The government is the same thing, but when they're afraid, that's when they're the most dangerous. The government, like I said, they've had a targeted list. The list is verbal. They don't publish it. They just tell you the names of the people, and every list that's ever come out that I've talked to them, when I was undercover, whenever they called me on my pager or cell phone, but I went on a regular basis and met them at different locations, and different buildings and different parking lots, bridges, and different places. And every time they read a list off of people that they really want, he [Tony Alamo] has been on nearly every list that they've told me about of people that they're interested in and would like me to target [assassinate], get to know, get into, and frame.

And one of the things they do now is one of the guys I know named Gregory Holt, I don't know where he is now, I think the feds put him in jail for something, because he went around trying to expose the feds and write notices and letters about what they're doing and stuff. Gregory Holt, the government got him on some bogus charges and stuff, this guy I know, and what they did, they wanted him to do to Tony Alamo too, but the way they wanted him to do it, is they wanted him to get in with a Tony Alamo mission and to put child pornography on Tony Alamo's computer. You see what I'm saying? To try to discredit him with child pornography. But I mean, that's one of the easiest things to do nowadays. I've never done that. I'm an old guy. I'm fifty-four and I'm not into computers, but I'm saying, he's a younger guy and into computers. But some of these people that they want him to do deals on, they want him to get into their home computers and stuff and put child pornography in their computers.

But anyway, my warning to Pastor Alamo was that the government works in mysterious ways ["MYSTERY, BABYLON THE GREAT, THE MOTHER OF HARLOTS AND ABOMINATIONS OF THE EARTH" (Rev. 17:5)], and one of the techniques they can use is pretend that Pastor Alamo is on a list, which he is on the list. I know for a fact, because I have talked to people. I've talked to some of the IRS agents that busted him, and they told me that he was definitely framed up and on the list of people to do. Years ago, when I was with the government, they wanted me to bust him on a firearm charge, and when I was in Alma, Arkansas, they were passing out circulars that said they had no firearms or carnal weapons in their compound, and that included, they did not have any BB guns, pellet guns, or water pistols. So anyways, the government has been after Pastor Alamo for many, many years, because the government is afraid of anyone that speaks the truth in this country about some of the terrible things that some of the government officials do. I have known too many government officials from top to bottom that did things that are totally evil, and against God's law and against man's law, but one of the things the government agencies do is if you get on the list, they get people to infiltrate your organization, try to do away with you in certain ways, and if they can't get you any other way, they pull the Al Capone thing and get you on the tax laws. The tax laws are so complicated that it's a very easy way to get people.

I personally knew William Jefferson Clinton, also known as William Jefferson Blythe. I know the people in the Secret Service, the Bureau of Alcohol, Tobacco, and Firearms, the Federal Bureau of Investigation, the Drug Enforcement Administration, and many of these agencies work the same way. They have what they call the Violent Crime Task Force, and they go after people they want. Pastor Alamo is not violent. He preaches love and peace, to my knowledge, but he is on this list. He didn't sell out to the government and say what the government wants people to say, that the government is good and righteous and is doing right for the people, which they're not doing.

But one of the warnings that I want to give to Pastor Alamo right now is, you notice a lot of people in the United States are dying of cancer. Now this is a scenario, okay, that could happen, okay. The FBI, BATF, CIA, the CIA officially did not work for the United States, but they did work in the United States and do a lot of things, but now under the new Anti-Terrorist Act and the Homeland Security Act, they can legally work in the United States, but I knew CIA agents that have been working in the United States for years doing deals.

But, okay, you're on a list of the government. They can't find anything wrong or anything you're doing. So pretend I am this person. This is pretend now. I'd go to your house, and I'd check over your house, look over it, try to figure out when you come, when you go, where you live, as much information I can about you that I can get. Ok, then after I do that I go to the local water department of the town, and I show them a badge and tell them I'm a federal agent, and what I need is a water person's uniform, because I need to go in and watch this person's house and supervise it. And most of the local government agencies [and utilities] are proud to help out the federal government on a deal. So then I go to your house, and I take my little black bag of dirty tricks with me, which may include, I have lead-lined gloves, and then I have a little thing that looks like a pencil lead, but this little pencil lead is used in Texas and overseas in the oil-producing countries. This little pencil lead is a type of uranium compound. I think it is uranium P-35, but I'm not exactly sure the designation of it. But it looks like a tiny little pencil lead out of a mechanical pencil. It comes in a

## EVIL ONE-WORLD GOVERNMENT AGENTS ARE CLAIMING TO BE UNITED STATES AGENTS

lead-lined case. And what they do, and the legitimate purposes for this thing is, they drop it down an oil well. And then they drop a few sticks of dynamite with blasting caps with it. Then they explode it. When they explode it, they can get a Geiger counter and look at the fissures of the ground, and figure out which way the fissures go in the ground, and try to figure out where they need to drill for oil. That is the legitimate purpose of it. But one of the purposes that the [Roman-controlled] United States government uses for this device is, they get this little tiny device, get lead-lined gloves, then I go to your house and knock on the door, and I tell you that your water meter is messed up, that I need to change out your water meter because it's costing you too much money. And you're proud that I'm changing your water meter out, because it's defective and costing you too much money. So I go around there, turn off the water, get into the incoming line on your water meter, then I get this little copper screen wire. I put my lead-lined gloves on, I put this little uranium element inside the copper screen wire, and then I put it on the incoming line to your home or your business. And then what happens is I put it back together, knock on the door, put a note, tell you that your water is fixed, everything is perfect and working well. Now you can go back to using your water again.

So then anyways, about a week later you change the water in your goldfish a little bit, and your goldfish dies, and then you have a parakeet, and your parakeet dies, because some animals are more sensitive than others. And then the fur starts coming out of your dog or your cat, but you just think they're shedding and stuff. Then they start getting sick, and the vet can't figure out what's wrong with them. And then some of your hair starts coming out, but I mean, you are getting older, so maybe some of your hair comes out every now and then and stuff. And then after awhile, the people in the house, especially the ones that are drinking more water than others, are starting to come up with types of cancer that are related to ingesting a radioactive substance, but the doctor doesn't know this, because doctors don't know what to look for and stuff, so you are dying of some kind of poison. Radiation is a type of poison, and one of the best poisons there is. There's all different kind of poisons, but it's one of the best and one of the easiest to poison a person by.

So with the stuff that Pastor Alamo is putting out the truth about what the government's doing, the evil corrupt things that some government officials, I'm not saying the whole government's corrupt, but there's too many people in the government, that work for the [Roman Catholic government that has infiltrated the United States] government that are corrupt, that are doing evil things right now. That's one of the things that caused the collapse of the Roman Empire, when the people in the government collided with each other because they were just totally corrupt, that people couldn't handle it any longer. I am afraid that history tends to repeat itself in spiraling cycles, and we are there right now. But I am warning Pastor Alamo that things like that could happen to him.

Also, I know personally a man that lives right here, we live in the Sherwood area of North Little Rock. I have asked him permission and he will not give me permission to use his name, because he still works for the United States government. He's retired from the United States Air Force, but he works in an official capacity, he got a degree in engineering and science. He works for the Air Force, well, he retired from the Air Force, but what he does now, he goes to a place where he needs to do a deal to someone, and he goes to a pharmacy, and they shipped him a biological agent from a United States government pharmacy. He says he's a diabetic. They ship him something in the mail. He gets it in the mail, the pharmacist because he's a diabetic, an alleged diabetic, I don't think he really is. But anyway, he gets this substance, and they're different substances that are passed different ways. You can pass it through the air. You can use a little ring that's got a little spike on it and spike a person, or you can put it in their water supply, or in a drink, or in some of the food in their refrigerator, or so forth.

But if you notice, for example, look back at history, and you remember John Fitzgerald Kennedy was assassinated, but now even on the History Channel they don't say "the man," they say "the men" that killed President Kennedy. They've even done specials about it. And Pastor Alamo has even relayed it in some of these publications. It is a fairly known common fact now that it wasn't a lone assassin, Lee Harvey Oswald. In fact, according to the government sources, I was not involved in the deal, it was before my time, I am only 54 years old, but anyway, what happened was James Files was the guy that was the trigger man that actually got the shot that got him. And he was proud of that fact, and told it to all the government agents, operatives, and all the people that he met and got in contact with him. I was told by him and by other persons that he bit the end of the shell casing and set it on top of the fence post of the grassy knoll, the bullet that he fired, to show that he did it. But now, last I heard about the guy, he's in Marion penitentiary for some deal that he did get caught on that he might have done or might not have done, but he's had all his teeth removed where they can't trace him back to the shell casing that got President Kennedy.

So there's a whole lot of things that are going on, but if you remember the Kennedy incident, you'll remember, okay, allegedly the Warren Commission says that there is a lone assassin, Lee Harvey Oswald did it, and then Jack Ruby, a good friend of the police and government officials and so forth, is running some kind of a strip club. Anyway, he goes right into the police station, zaps him on national TV in front of God and everybody, and then all of a sudden he's in a cell and he decides to talk to people, and then all of a sudden he comes down with a case of cancer that kills him really, really quickly.

But I am saying, the government has the technology and the scientists, and the wherewithal now that they can do things that people, if you can make it look like an accident, like my good friend Kathy Ferguson of Trooper Gate, Danny Ferguson's estranged wife. Okay, she was a nurse, but she was working as a receptionist in Memorial Hospital. She was an ex-beauty contest winner when she was young. She was in all kinds of beauty contests, a really beautiful, wonderful young lady. She went to a non-denominational charismatic church after she broke up with Danny Ferguson of Trooper Gate. But the government and Clinton and the Secret Service, Terry Edwards, the United States Secret Service agent, they knew that she knew way too much. So what they did, they assassinated her. But the way they did it, she never owned a firearm in her life, and she was right-handed, and she allegedly shot herself in the back left-hand side of the head and killed herself. And people that are beauty contest winners don't shoot themselves in the head, and people that are nurses, they've got the key to the medicine cabinet, they usually do a drug overdose most of the time. So when the United States Secret Service, over here in the Stephens Building in Little Rock, after that happened, they were not sure, the agents over there in the building, they knew it was a hit, but they didn't know who did it. And they didn't know whether it was the CIA, FBI, ATF, Secret Service, or who or which agent or agency did it, but they knew it was done.

In fact, one IRS agent told me to pray for him. He said that he hoped that God would forgive him. He's praying to God that God would forgive him for what he did to Pastor Alamo. And he told me that he knew for a fact Pastor Alamo was framed up on the tax beef, but I am sure Pastor Alamo and a lot of people know this by now. [I knew it well before I was framed.]

And this guy that's working for the Drug Warfare Center, going around killing people in the United States and worldwide, he enjoys his job, he's an average looking guy, and does it really well. But I am saying it's unfortunate that I can't get him saved, get him straightened up, or get him to talk to Pastor Alamo and understand who God and Yeshua is, and Jesus Christ is, and get straight with God and find

out who the Savior is, and get his life straight, and try to repent and quit these things.

There are too many people that are willing, in these latter days, there are too many people that are willing to sell out to government agencies and people for money and favors and all these kinds of things. And it is very, very unfortunate.

But it's very unfortunate that we are in times like this where people can do things, kill people, murder people, slander people, do all kind of evil things to people, and get away with it in the name of doing the greater good for the [Roman-controlled] government of the United States (which is a member of the Roman Nazi Vatican-controlled one-world government).

This is a very serious warning, and I am saying his food, drink, people around him. Just be careful, because he's telling enough truth. I've known for years that he's been on the list. You know what I am saying?

**Don: Yes.**

**Peeler: And I am sorry that I haven't come forward before and told you about the list, and, you know, that people are after him. Well, let me tell you, a lot of things that look like accidents nowadays are really not accidents. And a lot of things happen, a lot of people have a lot of questions about a lot of things that are going down, because, with technology, the government's able to do things, and people die from sicknesses and disease and accidents.**

**But if you look at *The Clinton Chronicles*, there's over fifty persons that they have evidence and facts and information about that Clinton had murdered to keep and gain his power and so forth, to cover up things and places and people that needed to be covered up because the government made mistakes, and they had to cover up their mistakes.**

Are you going to pass this warning on to Pastor Alamo, I hope?

**Don:** Yes, I certainly am. And we really appreciate the information.

**Peeler:** You are quite welcome, and like I said, I apologize to you and God too that I didn't come forward earlier. Because, you know, I've studied Christianity and so forth, and if you know that a person is going to be killed or harmed, and dont do anything about it, at Judgment Day you will be partially responsible for their demise. You see what I am saying?

**Don:** Oh, absolutely

**Peeler:** That's how I understand Christianity. Do you think that is correct?

**Don:** Yes, I do.

**Peeler:** I think it is, too, so I am saying, I am trying to stop anything from happening to Pastor Alamo, because it's unfortunate that there are too many people and too many people in [Roman-controlled] government agencies that are afraid of the truth and don't want the truth to come out. I am sure that there are a lot of people, a lot of agencies right now that are looking at his last newsletter about *Another Pearl Harbor* and thinking about it, and being very upset that he's getting the truth out about the World Trade Center. It was another Pearl Harbor. Just like they said on the History Channel not too long ago, there were many people from the President, and the top upper echelons of the [Roman-controlled] United States government, that knew it was going to happen and let it happen.

Now, since World War II, when the CIA was started, they got a lot of the old German high command and German officers of the SS and worldwide intelligence divisions, and had them to help them start the Central Intelligence Agency, and used a lot of their techniques that they had used over there [in Germany], that are very unfortunate that they have continued and passed down these techniques of going after certain people and certain organizations, for their religious or political affiliations.[12]

**Don:** Well, that's for sure what they are doing to Pastor Alamo because he's exposing them, and we really thank you for the warning and for the information, and I will make sure that it gets passed on to Pastor Alamo.

**Peeler:** Well, I appreciate that, and be sure to keep me on your mailing list and send me a couple copies of your next issue, especially if I'm in it.

The actual tape-recorded confession can be heard and the transcript of John Peeler can be read on the Alamo Ministries website

## Ghana

Dear Pastor Alamo,

Sanctified greetings to you, the blessed, and may you continue to win more souls for the work of the Almighty Lord. Pastor, I am a young Ghanian of 23-years-old, and a student in a college. Truly speaking, I had never been in a church before, neither have I ever thought of being a Christian, until recently. I was born into a traditional family who never entertained Christianity. My day of salvation came when, in a lecture hall, I was presented with one of your newsletters by a good Samaritan, I could not wait until the end of the lecture before I read it. In fact, I was touched by the Holy Spirit when I read about the wonderful things the Lord did to Jennifer Kolbek on the sick bed, and the teachings you provided. I say this to the glory of the Lord, that I am now a total convert – a Christian, who never had time for the leisure gods, but now teach many people about the Word of God, especially my family. My father has burnt all the wood carvings he possessed as gods, and my mother with all the family members of 15 are now Christians. There is now a total change in my life and I now believe in the Lord with faith. I think the Lord wants to use me as His messenger, and in view of that, I would even like to stop studying accounting, and serve the Lord. At present, I have two Bibles, and I read all day and night from the day I accepted Christ as my personal Savior. At present, I would like your assistance and guidance in pursuance to the work of the Lord. Thank you.

Yours in Christ,

A.L., Brong-Ahafo, Ghana

*Alamo Christian Ministries distributor, Brother B.S., receives Pastor Alamo's soul winning literature, newsletters, and* Messiah *books for distribution in the area around Ashanti, Ghana.*

## PASTOR ALAMO'S MESSAGE

The greatest war of all time, the greatest war of them all, is the saints' war against Satan.[13] Through God's Word, we both discover and understand everything about the great enemy of God and God's people.[14] Through God's Word, we clearly see and understand the devil's policies, the devil's power, and the chief plan he has against the saints of God. We also discover the seat of his empire, Rome, from which his wickedness emanates to all the world.[15]

We are told to "Put on the whole armour of God" (Eph 6:11), we are told to "Put on the Lord Jesus Christ" (Rom 13:14), and we are told to "put on the new man" (Eph 4:24). All these are the same.[16] How is it possible for the Christian to be clothed with spiritual armor? From where does the Christian receive God's powerful arms and armor so that he might wage war against Satan, the great red dragon? We must learn to lawfully use God's weapon which is God's Word, so we may, with success, fight and win the entire war against the devil. Christ is the Word of God and the Word of God is not only our armor but also God, who came to the world as a man (John 1:1, 14).[18] He had both our human nature and the divine nature within.[19] Christ, the Word our