EXHIBIT

E

# CIA–MEDIA OPERATION MOCKINGBIRD









"A free press stands as one of the greater interpreters between the government
and the people. To allow it to be fettered is to fetter ourselves."