EXHIBIT F

*The HARASSMENT/Stalking to place in San Bernardino County*

## CH-100 — Request for Orders to Stop Harassment

1. Your name (person asking for protection):
   JEFF H WILLIAMSON

   Your address (skip this if you have a lawyer): (If you want your address to be private, give a mailing address instead):
   3663 Buchanan
   City: Riverside  State: CA  Zip: 92503
   Your telephone number (optional): ( ___ ) ___
   Your lawyer (if you have one): (Name, address, telephone number, and State Bar number):
   _____

FILED
SUPERIOR COURT
COUNTY OF SAN BERNARDINO
RANCHO CUCAMONGA DISTRICT

FEB 2 2 2005

BY Cesar R Lepe DEPUTY

Fill in court name and street address:
SUPERIOR COURT-COUNTY OF SAN BERNARDINO
Rancho Cucamonga District
8303 North Haven Avenue
Rancho Cucamonga, California 91730
http://www.co.san-bernardino.ca.us/courts

2. Name of person you want protection from:
   CNN Headline News / Rudi Bakhtiar
   Describe the person  Sex: ☐ M  ☒ F  Weight: 100
   Height: 5'0  Race: INDIA  Hair Color: BRN
   Eye Color: BRN  Age: ?  Date of Birth: ?
   Home Address (if you know): (NOT SURE) 1210 Pine Ridge Rd NE
   City: Atlanta  State: GA  Zip: 30324-2732
   Work Address (if you know): 1 CNN CENTER NW
   City: ATLANTA  State: GA  Zip: 30303

   Case Number: RCV 085883

3. Besides you, who needs protection? (Family or household members)

   | Full name | Sex | Age | Lives with you? | How are they related to you? |
   |---|---|---|---|---|
   | | | | ☐ Yes ☐ No | |
   | | | | ☐ Yes ☐ No | |
   | | | | ☐ Yes ☐ No | |
   | | | | ☐ Yes ☐ No | |

   ☐ Check here if you need more space. Attach a sheet of paper and write "CH-100, item 3—Describe Protected Persons" at the top of the page.

4. Why are you filing in this court? (Check all that apply):
   ☐ The person in ② lives in this county.
   ☒ I was hurt (physically or emotionally) by the person in ② here.
   ☒ Other (specify): the serious harassment/stalking took place in this county

5. How do you know the person in ② ? (Describe):
   I provided CNN/Rudi Bakhtiar with news stories for over a year, via email, found out they were providing info to the FBI - Please see my website www.freewebs.com/cnciafront (very derogatory website about cnn they are unhappy) Rudi Bakhtiar is stalking me through people

**This is not a Court Order.**

Judicial Council of California
Revised January 1, 2005, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9

**Request for Orders to Stop Harassment**
(Civil Harassment)

Legal Solutions Plus
CH-100, Page 1 of 4
→

(6) continued - CNN Kudi Bakhtiar is sending unknown people to follow, harass, stalk, keep under surveillance, contacting me indirectly sending messages through different people, CNN has another office in Hollywood

Your name: JEFF H WILLIAMSON

Case Number: _____

(6) Describe how the person in (2) has harassed you:

a. Date of most recent harassment: 2-21-05

b. Who was there? Employees at the Travel Center of America Truck Stops East and West locations on Milliken Ave in Ontario - sending message.

c. Did the person in (2) commit any acts of violence or threaten to commit any acts of violence against you?
   ☒ Yes  ☐ No
   If yes, describe those acts of threats: www.freewebs.com/cnnciafront threats of assault if I did not take my website [www.freewebs.com/cnnciafront] off the internet and stop posting my websites on news website such as www.180news.com posted Sat Feb 19, 2005/ US Gov Corruption and Cover ups

d. Did the person in (2) engage in a course of conduct that harassed you and caused substantial emotional distress? ☒ Yes ☐ No
   If yes, describe: On February 1, 2005 she sent a message through someone CNN "Tower of Power" they would affect my income and starve me to death at the Ontario Public Library on D Street and the same threats on 2-21-05 at truck stop

e. Did the conduct of the person in (2) described above seriously alarm, annoy, or harass you? ☒ Yes ☐ No

☐ Check here if you need more space. Attach a sheet of paper and write "CH-100, item 6—Describe Harassment" at the top of the page.

**Check the orders you want** ☑

(7) ☒ **Personal Conduct Order**
   I ask the court to order the person in (2) to NOT do the following things to me or anyone listed in (3):
   a. ☒ Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, destroy personal property, keep under surveillance, or block movements.
   b. ☒ Contact (either directly or indirectly), or telephone, or send messages or mail or e-mail.

(8) ☒ **Stay-Away Order**
   I ask the court to order the person in (2) to stay at least (specify): 500 yards away from me and the people listed in (3) and the places listed below: (Check all that apply):
   a. ☒ My home
   b. ☐ My job or workplace
   c. ☐ My children's school or child care
   d. ☐ My vehicle
   e. ☒ Other (specify): transportation; Ontario Public Library; Restaurants; truck stops

   If the court orders the person in (2) to stay away from all the places listed above, will that person still be able to get to his or her home, school, or job? ☒ Yes ☐ No
   If no, explain: _____

(9) ☐ **Others to Be Protected**
   Should the other people listed in (3) also be covered by the orders described above?
   ☐ Yes ☐ No ☒ Does not apply
   If yes, explain: _____

**This is not a Court Order.**

Your name: JEFF H WILLIAMSON      Number: RCV 085838

### ⑩ Order About Guns or Other Firearms

I ask the court to order the person in ② to be prohibited from owning, possessing, purchasing, or receiving, or attempting to purchase or receive firearms and to sell or turn in any guns or firearms that he or she controls.

### ⑪ ☒ Other Orders

I ask the court to order the person in ② to (specify): NoT to involve, send, encourage individuals to send messages ~~xxxxxxxxxxxxxxxxxx~~ NoT to have individuals to engage in sign language as method of harassment; Not to interfer in seeking employment; NoT to have CNN reps or anyone follow, stalk, keep under surveillance, block movements or contact indirectly

### ⑫ ☒ Temporary Orders

Do you want the court to make orders now on the matters listed in ⑦, through ⑪ that will last until the hearing? ☒ Yes ☐ No

If yes, explain why you need these orders right now: On February 1, 2005 she sent a message through someone CNN "Taser of Power" they would affect my income "Starve me to death" if I didnt send more info to cnn and the individual expressed hostile aggression towards me and threaten me and ordered me to take my website www.freewebs.com/cmcrafront off internet

☒ Check here if you need more space. Attach a sheet of paper and write "CH-100, item 12—Temporary Orders" at the top of the page. (see attached 8 pages)

### ⑬ Delivery of Orders to Law Enforcement

My lawyer or I will give copies of the orders to the following law enforcement agencies:

a. Name of Agency: Ontario Police Dept
   Address: 2500 Archibald
   City: Ontario                State: CA   Zip: _____

b. Name of Agency: _____
   Address: _____
   City: _____                  State: ___  Zip: _____

### ⑭ ☒ Other Court Cases

Have you ever asked any court for other restraining orders against the person in ②? ☒ Yes ☐ No

If yes, specify the counties and case numbers if you know them: RVC 08535  1-31-05 and RVC 085325 - Could not make it to hearings - first one couldn't make it and second one had temporary work

☐ Time for Service

You must have your paper personally served on (notify) the person in ② at least 5 days before the hearing, unless the court orders a different time for service. (Form CH-135 explains "What is Proof of Service?" Form CH-130 may be used to show the court that the papers have been served.) If your papers cannot be served at least 5 days before the hearing and you need more time, explain why:

_____
_____
_____

**This is not a Court Order.**

Your name: Jeff H Williamson

Case Number:

**(16)** ☒ **No Fee for Filing**

I ask the court to waive the filing fee because the person in ② has used or threatened to use violence against me, has stalked me, or has acted to spoken in some other way that makes me reasonably fear violence. I am asking for a restraining order to stop this conduct.

**(17)** ☒ **No Fee to Serve Orders**

I ask the court to order the sheriff or marshall to serve (notify) the person in ② about the orders for free because that person has stalked me or threatened me with sexual assault.

*(To get free service of the court's orders without paying a fee, you must fill out and file the* Request and Order for Free Service of Restraining Order *(Form CH-101), and if you qualify for a fee waiver, you must also fill out and file the* Application for Waiver of Court Fees and Costs *(Form 982(a)(17).)*

**(18)** ☐ **Lawyer's Fees and Costs**

I ask the court to order payment of my:

a. ☐ Lawyer's fees
b. ☐ Out-of-pocket expenses

The amounts requested are:

| Item | Amount | Item | Amount |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

☐ Check here if you need more space. Attach a sheet of paper and write "CH-100, item 18—Lawyer's Fees and Costs" at the top of the page.

**(19)** **Additional Relief**

I ask the court for additional relief as may be proper.

**(20)** Number of pages attached to this form, if any: 8

Date: _____

_____    ▶ _____
*Attorney's name*                              *Attorney's signature*

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: 2-22-05

JEFF H WILLIAMSON
*Type or print your name*                    *Sign your name*

**This is not a Court Order.**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

JEFF H WILLIAMSON

Case No. RCV 085304

vs.

CERTIFICATE OF ASSIGNMENT

Rudi Bakhtiar

A civil action or proceeding presented for filing must be accompanied by this certificate. If the ground is the residence of a party, name and residence shall be stated.

The undersigned declares that the above-entitled matter is filed for proceedings in the _____ District of the Superior Court under Rule 404 of this court for the checked reason:

- [x] General
- [ ] Collection

| | Nature of Action | Ground |
|---|---|---|
| [ ] 1 | Adoption | Petitioner resides within the district. |
| [ ] 2 | Conservator | Petitioner or conservatee resides within the district. |
| [ ] 3 | Contract | Performance in the district is expressly provided for. |
| [ ] 4 | Equity | The cause of action arose within the district. |
| [ ] 5 | Eminent Domain | The property is located within the district. |
| [ ] 6 | Family Law | Plaintiff, defendant, petitioner or respondent resides within the district. |
| [ ] 7 | Guardianship | Petitioner or ward resides within the district or has property within the district. |
| [ ] 8 | Harassment | Plaintiff, defendant, petitioner or respondent resides within the district. |
| [ ] 9 | Mandate | The defendant functions wholly within the district. |
| [ ] 10 | Name Change | The petitioner resides within the district. |
| [ ] 11 | Personal Injury | The injury occurred within the district. |
| [ ] 12 | Personal Property | The property is located within the district. |
| [ ] 13 | Probate | Decedent resided or resides within the district or had property within the district. |
| [ ] 14 | Prohibition | The defendant functions wholly within the district. |
| [ ] 15 | Review | The defendant functions wholly within the district. |
| [ ] 16 | Title to Real Property | The property is located within the district. |
| [ ] 17 | Transferred Action | The lower court is located within the district. |
| [ ] 18 | Unlawful Detainer | The property is located within the district. |
| [ ] 19 | Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district. |
| [x] 20 | Other Stalking | the harassment/stalking took place in this district |
| [ ] 21 | THIS FILING WOULD NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT. | |

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designated district is:

Ontario Public Library          120 East D Street
(NAME - INDICATE TITLE OR OTHER QUALIFYING FACTOR)     ADDRESS

Ontario          CA          91761-2603
(CITY)          (STATE)          (ZIP CODE)

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed on

2-22-05          at          Ontario/San Bernardino County, California

Signature of Attorney/Party