# EXHIBIT I

# Food Not Bombs
## Surveillance and Disruption



# America's Dirty Little Secret
# Domestic Surveillance and Covert Disruption of Dissent.

## AFTER 9/11

One of the most widely reported examples of the government spying on Food Not Bombs came to light on December 13, 2005, when MSNBC reported that the Pentagon had spied on 1,500 peace protests in the United States from November through May of 2004. Food Not Bombs organize and participated in one of these protests.

The Department of Defense database, published by MSNBC, states that from November 19, 2004 to November 21, 2004 the Pentagon monitored the "Planned Demonstration at Fort Huachuca AZ Sierra Vista." They also listed it as a "Threat" and that it is "Open/Unresolved" and "Credible." One man who attended our November 19, 2004 meeting at a cafe in downtown Tucson seemed suspicious. When we arrived at the protest three men stood at the door of the Food Not Bombs bus and took photos of each person who exited.

Detail of the Pentagon's TALON Report entry on a protest organized by Keith McHenry and his friends.

| Rpt Date | Inc Date | Class | Incident Summary | State | City / Installation | Incident Type | Disposition | Bi-Weekly Y/N | Reserched Y/N | Reason Discounted |
|---|---|---|---|---|---|---|---|---|---|---|
| 19-Nov-04 | 21-Nov-04 | | Planned Demonstration at Fort Huachuca | AZ | Sierra Vista | Threat | Open/Unresolved | Credible | | |

This isn't the only evidence we have that the government is spying on Food Not Bombs. The American Civil Liberties Union (ACLU) published a December 7, 2004 FBI Joint Terrorism Task Force (JTTF) documents about an FBI "routine" investigation into Food Not Bombs. A December 7, 2004 memo to the Denver FBI office from a Denver Squad 5/JTTF Special Agent reads, "Synopsis: To document information regarding Sarah Bardwell and Food Not Bombs."

It goes on to say "Details: as previously noted in serial 4, Colorado has several active Food Not Bombs (FNB) groups in Denver, Boulder, Fort Collins and Durango." (We are interested to see what serial 4 has to say about Food Not Bombs).

The memo continues, "On August 1, 2003, eight individuals were arrested at the so-called Denver FNB house at 1435 Lipan Street. The Charges included obstruction police/fire, disturbing the peace, resisting arrest and assault. These arrests were noted in this investigation due to (i) the close association between FNB and Anarchist Black Cross movement and (ii) the close proximity of the FNB house to 923 Lipan Street, the location of the Anarchist Black Cross Denver."



FBI memo about Food Not Bombs in Colorado



Denver Food Not Bombs house raided by police using mace

It is not clear why any association between FNB and Anarchist Black Cross would warrant the FBI to initiate this investigation. Anarchist Black Cross sends letters of support to political prisoners and on occasion they collect books to send to political activists sitting behind bars. The Food Not Bombs website and literature have stated that we work in solidarity with groups including the Anarchist Black Cross.

The FBI's interest in the lawful actions of Colorado's non-violent activists has had a chilling effect on movement. Due to this FBI investigation, many Denver activists became fearful, even to the point where it prevented them from exercising their Constitutionally protected right of free expression.

PAGE 6



**Food Not Bombs**
P.O. Box 424, Arroyo Seco, NM 87514 USA
575-770-3377
1-800-884-1136
menu@foodnotbombs.net
www.foodnotbombs.net

| Start a Food Not Bombs | Main Menu | Food Not Bombs Contacts | Donate A Dollar For Peace |