EXHIBIT J

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                          Date: 10/27/2005

To: Denver

From: Denver
      Squad 05 / DT - JTTF
      Contact: SA W Brian Schmitt,

Approved By: Olson Steve W

Drafted By: Schmitt W Brian:wbs

Case ID #: 2660-DN-64762     (Pending)

Title: JEFF HENRY WILLIAMSON,
      THREATENING PHONE CALLS;
      AOT-DT-VIOLENT CRIMES;
      OO:DENVER

Synopsis: Information received from United States Marshals Service, regarding captioned subject.

Details: U.S. Marshals Service Senior Inspector Charles Garcia, Denver, Colorado, contacted writer regarding threats made by Jeff Williamson. Garcia investigates threats/harassing telephone calls among his other investigative responsibilities surrounding the Federal Courts and the security of the Federal Judges.

    Garcia reported that Jeff Williamson has been making numerous calls to Judge Schlautter and Chief Justice Babcock. These calls have been very harassing and borderline threatening. Garcia has notified court security and posted Williamson's picture at the guard's desk. Williamson has been banned from the Federal Courthouse and the Judge's areas.

    Garcia has been logging these phone calls and has had the call takers recording them. These logs will be passed to the FBI and placed into an 1A file.

♦♦

*Created by SA Schmitt on 3/1/06 FW*

Timeline of calls by Jeff Williamson

09/19/2005, 12:59am. unk telephone number, Williamson called

11/18/2005, 23:17, telephone number 303-320-9516, Williamson called the FBI (David Sidinger), and threatened to file lawsuits in Federal Court alleging Government corruption. Williamson also accused SA Schmitt and others of following him on a public bus this date.

12/28/2005, 1:35pm, Williamson called the SAC's office and told the Secretary that he has an attorney and to come arrest him at any time. Williamson claimed that he will be suing and then hung up the telephone.

1/11/2006, 3:01pm, telephone number 303-466-9818, Williamson calls US Attorney's office to threaten Bill Leone with lawsuit, jail and disbarment. Williamson also threatens SA Schmitt with lawsuit and jail. Telephone call recorded.

1/12/2006, telephone number 303-299-9575, Williamson called and threatens lawsuit, multi-million dollar. Williamson states that he has visited the Federal Public Defenders office and will be suing FBI on Rule 404B and to visit his website and read issue #70.

1/25/2006, 1:30pm, telephone number 913-499-5967, Williamson called US Attorney's office and threatens to serve lawsuit by US Marshal.

1/25/2006, 2:00pm, telephone number 913-499-5967, Williamson called FBI office and threatens lawsuit citing Title 18 USC 241 & 242. Accuses SA Schmitt of harassing him and threatens to sue everyone. Telephone call recorded. Refers to sidewalk sissies.

02/06/2006, 9:00am, SA Schmitt received a call from Capitol State Police that Williamson was in the Law Library. SA Schmitt, SA Lindsey, TFO Bufkin and TFO Gallegos contacted Williamson and cited him for calls made on 1/25/2006. Williamson then calls SSA Olson twice on 2/6/2005 to complain and harass the FBI. Williamson states that the FBI has no jurisdiction over him.

02/17/2006, Williamson called at approximately 20:55 and 21:14. On the first call he was calm, asked for Brian Schmitt and when asked if he wanted me to transfer his call to your voice mail, started yelling that "you tell that prick that he is going to jail" and hung up. The second call was just him yelling the same words and hanging up. The first call lasted approximately 10 seconds and the second for approximately 3 or 4 seconds. On the second call I was able to get a telephone number of 303-446-9990.

03/01/2006, 11:49pm, Williamson called SA Schmitt, call was recorded, ranting and raving about being followed and harassed daily by the FBI. Williamson made several non-violent threats and seems to be very paranoid. Williamson claims he is filing lawsuits against SA Schmitt, Bill

Leone and others.