EXHIBIT K



# ESSMYER, TRITICO & RAINEY, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
5111 CENTER STREET
HOUSTON, TEXAS 77007
(713) 869-1155
(800) 691-5571
FAX: (713) 869-8957
www.etlawfirm.com

*Partners*
CHRISTOPHER L. TRITICO
RON S. RAINEY

*Associates*
JASON L. FOWELL
FRANK B. DANIEL

MICHAEL M. ESSMYER, *Partner*
CELL PHONE: (713) 898-1320
Email: messmyer@etrlaw.com

*Of Counsel*
CHARLES W. BAILEY, MD, JD
and ROBERT B. WALLIS

April 10, 2009

<u>Via Facsimile</u>
Denver County Court
Records Division

Re: Jeff Henry Williamson

To Records Department:

Mr. Essmyer spoke to a representative at your office regarding getting copies of tickets for his court appointed client mentioned above.

The ticket numbers are as follows:

05GS797075
05GS797076
05GS797077

Your help in obtaining copies of the tickets are appreciated. Please contact Mr. Essmyer if you have any questions regarding this request at 713-869-1155. Our fax number is 713-869-8957.

Again thank you very much

*Terry Jones*
Legal Assistant to Michael Essmyer

# COMPLAINT / SUMMONS

**Defendant:** Williamson, Jeff Henry
**DOB:** 04/09/65
**GD-797075**

**Complete Home Address:** Transient
**Race:** W  **Sex:** M  **Hgt:** 6'2  **Wgt:** 220  **Eyes:** BU  **Hair:** BRO
**Driver's Lic. #:** 080188859I  **State:** NV
☒ Summons

**Approx. Location of Offense:** 1961 Stout St., Denver, CO
**Date and Approximate Time of Offense:** 10/21/05 at 1500 PM
**PCT.** 6I

You are hereby summoned to call 720-865-8040 or appear before **11/28/05** to schedule a future court date in Denver County Court.

## Violations Relating To:
☒ 38-91 Disturbance by Use of Telephone

**COMPLAINANT (1):** [signature] FBI
**OFFICER (2):** [signature]  Ser # 94038

Date served: 10/20/05

## Statement of Probable Cause:
SEE P.C. ON BACK

# Denver County Court Summons and Complaint

**Defendant:** William [illegible] Jeff Henry
**DOB:** 04/09/65
**GD #:** GD-196016

**Complete Home Address:** TRANSIENT

**SSN:** 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

**Race:** W **Sex:** M **Hgt:** 6'2" **Wgt:** 220 **Eyes:** BLU **Hair:** BRO
**Driver's Lic #:** 030188391 **State:** NY
☒ Summons
☐ Jailed

**Approx. Location of Offense:** 4757 Vasquez Blvd.
**Date and Time of Offense:** 12/16/05 at 1227 PM

You are hereby summoned to call 720-865-8040 or appear before **01/05/06** to schedule a future court date in DENVER COUNTY COURT, 1437 BANNOCK ST. ROOM 160, DENVER, COLORADO, 80202...

## Violations Relating To:
- ☒ 38-91 Disturbance by Use of Telephone

**Complainant:** [signature]
**Officer:** [signature] **Ser #:** 94038
**Date:** 12/16/05

## Statement of Probable Cause
[mostly blank - "OT" written]

☐ Probable Cause FOUND  ☐ Probable Cause NOT FOUND

# COMPLAINT

**Defendant:** Williamson, Jeffery
**DOB:** 04/09/65
**GD-** 797077

Complete Home Address: Transient

Race: W  Sex: M  Hgt: 6'1  Wgt: 230  Eyes: Grn  Hair: Bro

Approx Location of Offense: 1961 Stout St. Federal Bldg
Date and Approximate Time of Offense: 01/25/06 at 0537

You are hereby summoned to call 720-865-0040 or appear before 02/29/06 to schedule a future court date in DENVER COUNTY COURT, 1437 BANNOCK ST. ROOM 140, DENVER, COLORADO, 80202.

Violation: 38-91 Disturbance by Use of Telephone (checked)

Complainant: W. Hill, FBI
Officer Ser. # 9058