# EXHIBIT L

| Browse | law office of anthony mayo | near | upper marlboro |

Home > Motels near Denver, CO > Western Motor Inn

# Western Motor Inn

(3)

OPEN NOW
Today: Open 24 Hours

4757 Vasquez Blvd, Denver, CO 80216

**(303) 296-6000**

Visit Website

Add a Photo

See More Photos »

**Personalize this business!**
Add a personal note here, and keep this business handy in mybook!

mybook It

BUSINESS DETAILS  |  GALLERY  |  REVIEWS

| | |
|---|---|
| Hours: | Regular Hours<br>Mon - Sun    Open 24 Hours |
| Extra Phones: | Phone: (303) 295-0864 |
| Payment method: | Amex, Discover, Visa, Master Card |
| Neighborhoods: | Elyria Swansea, Northeast Denver, North Denver |
| Other Link: | http://westernmotorinn.com |
| Categories: | Motels, Bed & Breakfast & Inns, Lodging |

**Feedback**

Improve Business Info »  |  Claim this Business »

## GALLERY

 

Browse the Gallery »

## REVIEWS