EXHIBIT
M



"The US government made a decision not to tell the truth about what happened."

John Farmer Jr.

Senior Counsel to the 9/11 Commission

NOTE: Six out of the Ten 9/11 Commission members have gone on record since to admit there was a U.S. government cover-up.



## The Real Hijackers



# GOOGLE SEARCH:

# RENEGADE MOVEMENT

## www.freewebs.com/renegademovement

FREE 9-11 DOCUMENTARIES THE U.S. GOVERNMENT DO NOT WANT YOU TO SEE

********************* www.911docs.net *************************

(SCROLL DOWN TO THE 9-11 DOCUMENTARIES SECTION)