# EXHIBIT O

United States Marshals Service
LIMITED OFFICIAL USE
Subject Report for WILLIAMSON,JEFF HENRY (FID 1024846)



Name: WILLIAMSON,JEFF HENRY
FID#: 1024846
Status: ACTIVE  Subject is NOT in NCIC for USMS

**08-462-M-01**

### Alias List
| Seq # | Alias |
|---|---|
| 1 | DJ,BLAZE |
| 2 | WILLIAMSON,JEFFREY H |
| 3 | WILLIAMSON,JEFFREY HENRY |

### DOB List
| Seq. # | Date of Birth | Place of Birth |
|---|---|---|
| 1 | 04/09/1965 | SC - SOUTH CAROLINA |

### Social Security Number List
| Seq. # | Social Security Number |
|---|---|
| 1 | 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 |
| 2 | 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 |
| 3 | 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 |
| 4 | 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 |

### FBI Number List
| Seq. # | FBI Number |
|---|---|
| 1 | 428375DA7 |

### Subject Description List
| Seq. # | Eyes | Hair | Height | Weight | Skin | Race | Sex |
|---|---|---|---|---|---|---|---|
| 1 | BLU | BRO | 6'02" | 220 | | W | M |

Descriptive Remarks: ASSOCIATES HIMSELF WITH KNOWN ELF DOMESTIC TERRORIST, ANTI-ADMININSTRATION, ANTI-JUDICIARY, ANTI-FBI, ANTI-GOVERNMENT, PARANOID, ABUSES PRESCRIPTION DRUGS AND ILLEGAL DRUGS, KNOWN TO CARRY A HAMMER IN A BAG FOR PROTECTION, TRANSIENT STREET PERSON, RUNS A

### Picture/Image List
| Seq. # | District | Remark |
|---|---|---|
| 1 | 048 | IMAGE NOT CONFIRMED |
| 2 | 048 | IMAGE NOT CONFIRMED |
| 3 | C79 | NEVADA DL EXP 2009 |

### Miscellaneous Number List
| Seq. # | Miscellaneous Number | Issue Date | Exp. Date | Remark |
|---|---|---|---|---|
| 1 | OA-H08494M | 07/01/2008 | | FBI HOUSTON SEALED |
| 2 | OA-CA25341047 | | | CA SID |
| 3 | OA-FL05884728 | | | FL SID |
| 4 | OA-TN02184225 | | | TN SID |
| 5 | OA-WA22982996 | | | WA SID |
| 6 | OA-CO1865229 | | | CO SID |
| 7 | OA-NV04252645 | | | NV SID |

### Mannerism List
| Seq. # | Mannerism |
|---|---|
| 1 | PARANOIA |
| 2 | ANTI-ESTABLISHMENT |

### Occupation List
| Seq. # | Occupation | Begin | End |
|---|---|---|---|
| 1 | WEB BLOGGER DJ | | |

07/31/2008 10:02 AM EDT

1

United States Marshals Service
LIMITED OFFICIAL USE
Subject Report for WILLIAMSON,JEFF HENRY (FID 1024846)



### Subject Address List

| Seq. # | Phone | Address |
|---|---|---|
| 1 | | 1555 RIDGEVIEW DR, C16<br>RENO, NV 89509 |
| 2 | | 3669 BUCHANAN AVE<br>RIVERSIDE, CA 92503 |
| 3 | (206) 202-1129 | (MESSAGE SERVICE)<br>SEATTLE, WA |
| 4 | (702) 309-7943 | (PAY PHONE)<br>LAS VEGAS, NV |
| 5 | | 239 W 2ND ST, 122<br>RENO, NV 89509 |
| 6 | | 5221 BAYSHORE BLVD, 3615<br>TAMPA, FL 33611 |
| 7 | | GENERAL DELIVERY 2000 FASSAR STREET<br>RENO, NV 89510 UNITED STATES |
| 8 | | SIERRA SID'S CASINO 200 N. MCCARRAN BLVD<br>SPARKS, NV 89431 UNITED STATES |

### Associate(s) of this Subject

| FID# | Associate Name | Type |
|---|---|---|
| 1024844 | CAHILL,SHEILAH | THREATENED BY 0511-0511-0898-T |
| 293539 | WISTRICH,ANDREW J | THREATENED BY 0512-0518-2450-T |
| 459366 | ALARCON,ARTHUR L | THREATENED BY 0512-0518-2451-T |
| 257806 | WILKEN,CLAUDIA | THREATENED BY 0511-0511-0898-T |
| 720945 | PRO,PHILLIP | THREATENED BY 0548-0531-1322-T |
| 180238 | HATTER,TERRY J JR | THREATENED BY 0612-1021-0262-T |
| 1278512 | UNKNOWN,TARGET | THREATENED BY 0711-0129-0457-T |
| 1029974 | SPERO,JOSEPH C | THREATENED BY 0711-0305-0600-T |
| 1327883 | UNKNOWN,TARGET | THREATENED BY 0711-0510-0819-T |
| 490826 | COOKE,VALERIE R | THREATENED BY 0748-0919-1776-T |
| 490826 | COOKE,VALERIE R | THREATENED BY 0748-0925-1798-T |
| 488920 | MCKIBBEN,HOWARD D | THREATENED BY 0748-0925-1799-T |
| 295113 | MCNAMEE,STEPHEN M | THREATENED BY 0808-1108-0820-T |
| 488920 | MCKIBBEN,HOWARD D | THREATENED BY 0848-0312-0816-T |
| 1465100 | MCQUAID,ROBERT A | THREATENED BY 0848-0320-0859-T |
| 488920 | MCKIBBEN,HOWARD D | THREATENED BY 0848-0326-0893-T |
| 1435246 | DEGABRIELLE,DON | THREATENED BY 0879-0707-5959-T |

### Operator License List

| Seq. # | Operator License | State | Year |
|---|---|---|---|
| 1 | 0801888391 | NV | 2009 |

### Profile Information

| | | | |
|---|---|---|---|
| Money Launderer | No | DEA - GDEP | |
| "Kingpin" | No | Violent Offender | No |
| Triggerlock Case | No | International Lookout Placed | No |

United States Marshals Service
LIMITED OFFICIAL USE
Subject Report for WILLIAMSON,JEFF HENRY (FID 1024846)



## Criminal History

| Offense | Arrests | Convictions | Offense | Arrests | Convictions |
|---|---|---|---|---|---|
| Immigration | 0 | 0 | Homicide | 0 | 0 |
| Kidnapping | 0 | 0 | Rape/Sex Assault | 0 | 0 |
| Assault/Battery | 1 | 0 | Robbery | 0 | 0 |
| Burglary/Larceny | 1 | 0 | Narcotics | 2 | 0 |
| Weapons (Firearms) | 0 | 0 | Extortion | 0 | 0 |
| Weapons (Other) | 1 | 0 | FTA | 2 | 0 |
| Forgery/Fraud | 4 | 2 | Obstructruction | 1 | 1 |

## Sex Offenses

| | | | |
|---|---|---|---|
| Arrest | No | Conviction | No |
| Registered | No | Registration Violation | No |

Profile Remarks: WWW.FREEWEBS.COM/GOVWEBSITES
WWW.FREEWEBS.COM/DJBLAZE1

## Prison Information

| Seq. # | Prisoner Number | Close Date | Location |
|---|---|---|---|
| 1 | | 04/16/2008 | WASHOE COUNTY JAIL |

Usm11s exist for this fugitive.

## Caution and Medical Conditions

| Seq. # | Code | Description |
|---|---|---|
| 1 | 05 | Violent Tendencies |
| 2 | 20 | Known to Abuse Drugs |

## Other Documents

| Upload Date | Filename | Description |
|---|---|---|
| 01/31/2007 | NCICQHMSG_1170278 071255.jdf.pdf | |
| 05/21/2007 | usm550WILLIAMSON.pdf | USM550 FOR WILLIAMSON |
| 10/18/2007 | THE WATCHDOG GROUP WEBSITE WILLIAMSON ANTI GOVT.doc | INTERNET INTEL ON J WILLIAMSON I |
| 10/18/2007 | WEBSITE CREATED NOVEMBER 14 JEFF WILLIAMSON.doc | WEBSITE OF J WILLIAMSON 2006 |
| 11/08/2007 | williamson.wpd | EMAIL MSG SENT TO USDC JUDGE MCNAMEE 11/06/07 |
| 03/28/2008 | USM 550 Williamson.pdf | USM-550 for recent I.C. |
| 07/07/2008 | 08cv01866.pdf | civil filing |
| 07/08/2008 | usm550.pdf | Houston 550 |

Case Number: 0511-0511-0898-T
    Case Status: CLOSED
      Originating District: 011 - CA/N SAN FRANCISCO (Warrants)

    I.C. Information:
        Receiving Person: 1024844 - CAHILL,SHEILAH
                USDCC
          I.C. Date: 04/27/2005
      Received Date: 04/27/2005
      Reported Date: 04/27/2005
    Address Information:
Received At Unknown     Sent From Unknown

**RODEWAY INN ONTARIO MILLS MALL (CA816)**
4075 E GUASTI ROAD
ONTARIO, CA 91761 USA
Phone: (909) 390-8886
Fax: (909) 390-8881
gm.ca816@choicehotels.com

Account: CA816 - 148051
Date: 07/21/07
Page: 1 of 1
Room: 255   TRUCK
Arrival Date: 07/21/07 11:08
Departure Date:
Frequent Traveler ID:
You were checked out by:
You were checked in by: EF

WILLIAMSON, JEFF
1555 RIDGEVIEW DR C16
RENO, NV 89509 US

| Post Date | Description | | Amount |
|---|---|---|---|
| 07/21/07 | CASH | CASH PAYMENT | -67.04 |
| | | Balance Due: | -67.04 |

If payment by credit card, I agree to pay the above total charge amount according to the card issuer agreement.

x _____



**RODEWAY INN ONTARIO MILLS MALL (**
4075 E GUASTI ROAD
ONTARIO, CA 91761 USA
Phone: (909) 390-8886
Fax: (909) 390-8881
gm.ca816@choicehotels.com

Room: 255
Arrival Date. 07/21/07
Departure Date:
Account: CA816 - 148051
Frequent Traveler ID:

Approval Number:
Card Type.
Date: 7/21/2007
Card Number:
Total:

JEFF WILLIAMSON
1555 RIDGEVIEW DR C16
RENO, NV 89509 US

If payment by credit card, I agree to pay the above total charge amount according to the card issuer agreement.

x _____

Thank you for your business! Book your next reservation on choicehotels.com for the best internet rates guaranteed.

```
                    PONDEROSA LODGE - RENO
                        1400 E 4TH ST
                       RENO, NV 89512
                        775.323.1400
```

---

    Name     : JEFF WILLIAMSON
    Address  :
    City     :    State:    Zip:
    Room No.: 127   DOUBLE S   Daily rate: 26.43 + tax
    Check-in: 08/13/07 10:34   Out: 08/14/07 Nights: 1 Guests: /
    ID       :

---

|          |       | CHARGES |      |      |       | PAYMENT |       |      |       |         |
| Date     | Room  | Phone   | Misc | Tax  | Total | Credit  | Cash  | Bill | Total | Balance |
|----------|-------|---------|------|------|-------|---------|-------|------|-------|---------|
| 08/13/07 | 26.43 | 0.00    | 0.00 | 3.57 | 30.00 | 0.00    | 30.00 | 0.00 | 30.00 | 0.00    |

    AMOUNT TENDERED : $0.00
          CHANGE : $0.00

    Check-out time: 12:00pm    Check-in time: 1:59pm

Guest signature: _____

THE MANAGEMENT ASSUMES NO RESPONSIBILITY FOR ACCIDENTS, INJURIES, THEFT OR LOSS DUE TO ANY CAUSE.
THANK YOU FOR STAYING HERE WE HOPE YOU HAVE ENJOYED YOUR STAY.  PLEASE CALL AGAIN ANY TIME TO MAKE
RESERVATIONS HERE.