EXHIBIT
P

494

*Williamson Cross of Donald Harvey*

|       |    |                                                                                  |
|-------|----|----------------------------------------------------------------------------------|
| 11:48 | 1  | THE COURT: He said that. Go on, please.                                          |
|       | 2  | BY MR. WILLIAMSON:                                                               |
|       | 3  | Q  Can you explain why the U.S. Marshals has that on their                       |
|       | 4  | form?                                                                            |
| 11:48 | 5  | MR. McCONNELL: Objection, Your Honor. He is                                      |
|       | 6  | questioning him from --                                                          |
|       | 7  | THE COURT: Sustained. Is that your form? Is that                                 |
|       | 8  | your form personally?                                                            |
|       | 9  | THE WITNESS: No, Your Honor.                                                     |
| 11:48 | 10 | THE COURT: All right.                                                            |
|       | 11 | BY MR. WILLIAMSON:                                                               |
|       | 12 | Q  So you can't name one person -- am I hanging out in a club                    |
|       | 13 | with Osama bin Laden and having a few drinks? Because if I'm                     |
|       | 14 | hanging out with terrorists, I would like to know about it.                      |
| 11:48 | 15 | You can't tell the jury one single name who is a terrorist, can                  |
|       | 16 | you?                                                                             |
|       | 17 | A  I don't understand the question.                                              |
|       | 18 | Q  You don't understand the question. The U.S. Marshals are                      |
|       | 19 | alleging that I'm hanging out with domestic terrorists.                          |
| 11:49 | 20 | MR. McCONNELL: Same objection, Your Honor.                                       |
|       | 21 | THE COURT: Overruled.                                                            |
|       | 22 | BY MR. WILLIAMSON:                                                               |
|       | 23 | Q  Can you give me one name? Can you tell the jury?                              |
|       | 24 | THE COURT: Can you, you personally, tell the jury the                            |
| 1 9   | 25 | name of one of the individuals in that category? Can you? Yes                    |

Mayra Malone, CSR, RMR, CRR
713.250.5787

| | |
|---|---|
| 11:49 | 1 |

```
11:49   1   or no?
        2           THE WITNESS:  Of a terrorist or a terrorist that you
        3   are associating with?  I don't understand.
        4           THE COURT:  That's it.  That's what he said.  Can you
11:49   5   give any names?
        6           THE WITNESS:  No, I cannot.
        7   BY MR. WILLIAMSON:
        8   Q   Can you tell us why it's in this paper?
        9           MR. McCONNELL:  Same objection.
11:49  10           THE COURT:  Sustained.
       11           MR. WILLIAMSON:  May I approach the witness again,
       12   please?
       13           THE COURT:  Go on.
       14   BY MR. WILLIAMSON:
11:50  15   Q   Mr. Harvey, can you see this far away?
       16   A   No.  That's fine.
       17   Q   So you see this document, correct, that page, that page?
       18   That is your name, right?
       19   A   Yes.
11:50  20   Q   On this page, there is quite a bit of information.  You had
       21   quite a bit of correspondence with Edward Duffer, didn't you,
       22   concerning me?
       23   A   Anything that was relevant to you and inappropriate
       24   communications, I forwarded to Agent Duffer.
11:51  25   Q   Were you assisting Edward Duffer in a sham investigation
```