# EXHIBIT Q

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 14-151 (RMC) |
| v. | : |
| JEFF HENRY WILLIAMSON, | : |
| Defendant. | : |

## STIPULATION

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Jeff Henry Williamson, hereby stipulate to the following:

The parties agree that after Mr. Williamson received three misdemeanor tickets for "Disturbance by Use of the Telephone" in 2005 and 2006, the tickets were dismissed in court. Furthermore, Mr. Williamson has contacted numerous federal agencies and federal employees by telephone and in writing to complain that the tickets were issued to him unlawfully by Special Agent Schmitt and Officer William Gallegos. The list below is not exhaustive, but in particular, Mr. Williamson has sent written complaints to:

Department of Justice Inspector General Glenn Fine, dated May 18, 2009;

President Barack Obama and Vice President Joseph Biden, dated May 21, 2009;

Angela L. Byers, Unit Chief, Inspection Division of the FBI, dated June 25, 2009;

The Hon. David Hittner, U.S. District Court Judge for the Southern District of Texas, dated February 10, 2011;

Department of Justice Inspector General Glenn Fine, dated August 11, 2011; and

United States Congress House on Government Reform, dated January 21, 2013.

Despite Mr. Williamson's complaints, no disciplinary action has been taken against Special Agent Schmitt or Officer Gallegos for issuance of the tickets.

_____

Jeff Henry Williamson

_____

Frederick Yette, AUSA

Dated: December _____, 2014