EXHIBIT R

Saturday, Nov 8, 14

# 13 freed as drug cases are dropped

Alleged misdeeds of FBI agent taint prosecution of purported ring

BY KEITH L. ALEXANDER
AND PETER HERMANN

Thirteen defendants charged with or convicted of distributing large amounts of heroin in the District had their cases dismissed Friday because prosecution had been tainted by an FBI agent who is accused of tampering with evidence, including drugs and guns.

Seven of the defendants had pleaded guilty in the drug conspiracy and four of them were serving prison sentences of between two and seven years. But in one instant, all were unburdened of criminal charges or convictions, and those serving time had their sentences vacated.

As soon as the hearing in federal court adjourned, the former defendants rushed from the box normally reserved for jurors, with one jubilantly saying, "Let me get out of here before [the judge] changes his mind."

Friday's ruling in U.S. District Court follows similar action Thursday, when another judge threw out charges involving 10 people convicted in a separate drug conspiracy involving the sale of heroin and cocaine. Charges in other cases could be dropped in the near future.

Prosecutors had recommended dropping the charges amid the investigation of Matthew Lowry, 33, an FBI agent assigned to the Washington field office who worked with police on crime that spilled over from the District into Maryland and Virginia. Lowry

CONVICTS CONTINUED ON B6

Friday, Nov 7, 2014

# Agent accused of using heroin

## DRUG WAS STORED FOR TRIAL

Details are latest in probe spurring case dismissals

BY PETER HERMANN,
CHERYL W. THOMPSON
AND VICTORIA ST. MARTIN

The FBI agent accused of tampering with drug and gun evidence reportedly took heroin earmarked for trial and used it himself, according to two law enforcement officials familiar with an investigation that is prompting authorities to dismiss cases against convicted narcotics dealers in the District.

Robert C. Bonsib, the attorney for Matthew Lowry, the 33-year-old agent, declined to comment on specifics of the case, saying only that some accusations are "grossly overblown." He added that Lowry, who has been suspended but not charged, wants to cooperate and "help bring this matter to a fast conclusion." Law enforcement officials said the agent has talked to them and discussed the allegations.

Federal officials allege Lowry took drugs that were being stored in a lab for a future court case. Officials familiar with the case have also said that Lowry was found in late September slumped over the wheel of his unmarked FBI vehicle near the Navy Yard. Two additional officials said that in the car were two drug evidence bags, heroin and two firearms. Lowry is not named in the court documents.

Fallout from the investigation continued Thursday as a federal

FBI CONTINUED ON B3

# FBI agent wants to cooperate, his defense attorney says

Friday Nov 7, 2014

**FBI** FROM B1

judge dismissed charges against 10 defendants in one large-scale drug case and vacated prison sentences that ranged from two to 12 years. The defendants had been released from prison Oct. 27, but with the judge's order they became the first felons to be cleared of criminal charges in a case linked to the agent. In a separate case, another federal judge delayed dismissing charges against four suspects, saying he wanted additional information. A hearing is scheduled for Friday for six of 14 defendants in a third drug case.

In the cases that were dismissed Thursday, U.S. District Judge James E. Boasberg issued a two-paragraph order that does not describe the reasons. Typically in such cases, it is because unauthorized taking of evidence breaks what is called a "chain of custody," and authorities no longer vouch for the integrity of the evidence. Boasberg set hearings for Nov. 14 and 17 during which additional details could be revealed.

The flurry of court hearings and filings this week underscored both the seriousness and the complex nature of separate law enforcement agencies simulta-neously conducting a secretive investigation into the alleged misconduct while also trying to deal with its impact on criminal cases that involved the agent.

The U.S. Attorney's Office in Washington has agreed to drop cases against 28 defendants, but various judges assigned to each need to approve.

Lowry worked out of the Washington field office on a cross-border task force, which involves local police and concentrates on crime along the District's boundaries with Maryland and Virginia. Federal prosecutors in those states said they are reviewing cases to determine whether any involved Lowry. The U.S. Attorney's Office in the Eastern District of Virginia said prosecutors had not found that the agent was involved in significant matters.

The FBI has said the investigation began the last week of September. No other details beyond the nature of the allegations have been publicly released, although court documents unsealed this week noted the accusations include alleged tampering with drug and gun evidence. Authorities have not commented further.

But on Thursday, Andrew Ames, spokesman for the FBI's Washington field office, said that the "weapons referenced in the court filings are in the government's possession." He declined to elaborate but said the bureau wanted the public to know there are no missing guns on the streets.

> "Weapons referenced in the court filings are in the government's possession."
> Andrew Ames,
> FBI spokesman

Lowry's attorney, Bonsib, declined to comment on specifics of the case, saying his client preferred to discuss the matter with authorities. "He hopes that by cooperating with the investigators, he can help them get a better idea of what happened and didn't happen," Bonsib said.

The lawyer said Lowry graduated with honors from the academy and "has had a distinguished career with the FBI. Law enforcement has been his life's dream." Bonsib said Lowry is "devastated by what has occurred here." He repeatedly declined to describe the allegations being made against Lowry, saying only that "he intends to make himself fully available and help authorities get a handle on the real facts that occurred here."

Lowry's father, William Lowry, is the assistant chief of the Anne Arundel County police, had served 27 years on the Prince George's County police force and headed security details for two NFL teams, including the Washington Redskins. The elder Lowry declined to comment through a spokesman for the Anne Arundel department. The spokesman said the assistant chief is dealing with "a personal family matter."

How the courts handle the cases will vary. One federal judge on Thursday accepted motions filed by prosecutors and defense lawyers to dismiss charges against 10 defendants in a single drug conspiracy case, without having a hearing.

But in another case Thursday, U.S. District Judge Richard J. Leon rejected a move to dismiss drug charges against four defendants. Leon said he wanted more information about the government wanting to dismiss the case "without prejudice," which would allow prosecutors to refile the charges in the future. Leon said "the government wants its cake and to eat it, too," indicating he might accept a bid to dismiss the case "with prejudice," barring further prosecution.

At the same time, Leon said the drug case was serious and he didn't want to release the defendants without additional information, citing a need to "protect the public interest." He said. "We're going to move very carefully. Slowly. No sprinting." The judge set an additional hearing for Dec. 10: defense attorneys said they would appeal to try to get their clients cleared sooner.

"I certainly understand the judge's precautions and concerns," Elita C. Amato, an attorney for defendant Darnell Jackson, said after the hearing. Amato, who said she has two other clients whose cases also could be dismissed in connection with the investigation, said she was surprised when she received dismissal motions concerning the FBI agent. "Obviously, there's a lot going on here that we don't know about," she said.

peter.hermann@washpost.com
cheryl.thompson@washpost.com
victoria.stmartin@washpost.com

Adam Goldman, Lynh Bui, Jennifer Jenkins, Clarence Williams and Matt Zapotosky contributed to this report.

# Drug charges dropped over probe of FBI agent

CONVICTS FROM B1

has been suspended but not charged. The investigation is being led by the Justice Department's inspector general, and court documents link the dismissals to the probe involving Lowry.

Authorities have said little about the investigation, but court documents filed as part of the release of suspects say that Lowery is accused of tampering with drug and gun evidence. Officials with knowledge of the investigation have said the agent allegedly took heroin and used it himself. Other officials said Lowry was found in the last week of September slumped over the wheel of an unmarked FBI car near the Navy Yard, along with two drug evidence bags, heroin and two guns.

The fallout has been swift. Within days, prosecutors identified at least three drug cases and started to send defendants home from jail and prison to await further action. Prosecutors began dismissing cases outright Thursday. In all, 23 of 28 defendants in two drug cases have had their charges dismissed.

"We do not lightly dismiss these cases, particularly when the defendants face the serious drug charges at issue here," U.S. Attorney Ronald C. Machen Jr. said in a statement.

But, he added, "The credibility of the system is paramount and more important than any individual prosecution. That's why we are carrying out a case-by-case, defendant-by-defendant review to determine which cases should go forward.

"We are carefully examining the role that the FBI agent played in each investigation to assess whether the case can proceed. And moving forward, be assured we will not be dissuaded from aggressively investigating and prosecuting narcotics cases to protect the residents of the District of Columbia," the prosecutor said.

Prosecutors have refused, at least for now, to drop two other drug cases involving more than 35 defendants in which the agent reportedly had a peripheral role.

At Friday's hearing, U.S. District Judge Reggie B. Walton told the group they had "dodged a bullet" and said he hoped they stayed out of trouble. "I don't know if you did what you were accused of doing or not, but if you did do it, I hope I don't see you again," he warned.

One of the defendants freed, 59-year-old Brandon Beale, went straight from the courtroom to the Pretrial Services Agency so he could turn in his ankle bracelet and shed the restrictions of home detention, said his attorney, Greg English. English said Beale, who was jailed for nearly a year, planned to fight the charges on the grounds that he was merely a drug user, not a dealer. Now, English said, there will be no reason to do that.

"This turn of events is absolutely extraordinary for an agent to commit misconduct like this. It goes to the basic integrity of the system," English said. "But having said that, I think the U.S. Attorney's Office did the right thing today and dismissed it. ... They were completely ethical and upfront in their conduct in this case."

English said it was technically possible for prosecutors to bring the charges against Beale and others again, but he doubted they would do so.

*keith.alexander@washpost.com*
*peter.hermann@washpost.com*

Matt Zapotosky contributed to this report.