# EXHIBIT V

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

September 15, 2014

Jeff H. Williamson
Inmate #: 319831
1901 East Street SE
Washington, DC 20003

Re: 201405299 Jeff H. Williamson - Laura Fletcher Leavitt

Dear Mr. Williamson:

The Office of the Chief Disciplinary Counsel of the State Bar of Texas has received your grievance against the above named lawyer.

Lawyers licensed in Texas are governed by the Texas Disciplinary Rules of Professional Conduct, and may only be disciplined when their conduct is in violation of one or more of the disciplinary rules. After examining your grievance, this office has determined that the information alleged does not demonstrate professional misconduct or an attorney disability. Accordingly, this grievance has been classified as an Inquiry and has been dismissed.

You may appeal this determination to the Board of Disciplinary Appeals. **Your appeal must be submitted directly to the Board in writing, using the enclosed form, within thirty (30) days of receipt of this notice.**

Instead of filing an appeal with the Board of Disciplinary Appeals, you may amend your grievance and re-file it with additional information, **within twenty (20) days** of receipt of this notice.

Please note that, while you have the option of appealing the dismissal of your grievance **or** amending and re-filing it with additional information, **you may not take both actions simultaneously**.

Pursuant to the State Bar Act, the State Bar of Texas maintains the Client-Attorney Assistance Program (CAAP), which you may have contacted prior to filing your grievance. Accordingly, please be advised that even after a grievance has been dismissed, CAAP can still attempt to assist you through alternative dispute resolution procedures unless the attorney at issue is *deceased, disbarred, suspended* or *not your lawyer*. **CAAP is not a continuation of the attorney disciplinary process, and participation by both you and your attorney is voluntary.** Should you wish to pursue that option, CAAP may be reached at 1-800-932-1900.

The Office of Chief Disciplinary Counsel maintains as confidential the processing of grievances.

Sincerely,

R. Uribe
Assistant Disciplinary Counsel

Enclosure: BODA Appeal Form

RSU/nw