EXHIBIT W

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

November 4, 2014

Jeff H. Williamson
Inmate #: 319831
1901 East Street SE
Washington, DC 20003

Re: 201405299 Jeff H. Williamson - Laura Fletcher Leavitt

Dear Mr. Williamson:

Your request to appeal the classification decision in the above-referenced matter was received and has been forwarded to the Board of Disciplinary Appeals for their review.

The Board of Disciplinary Appeals will notify you of its decision and any further action to be taken.

Sincerely,

R. Uribe
Assistant Disciplinary Counsel

RSU/ss

CHAIR
   JOAL CANNON SHERIDAN

VICE CHAIR
   MARVIN W JONES

MEMBERS
   ROBERT A. BLACK
   DAVID A CHAUMETTE
   JEANNE C "CEZY" COLLINS
   JACK R CREWS
   RAMON L. ECHEVARRIA II
   GARY R. GURWITZ
   ROLAND K. JOHNSON
   DAVID N. KITNER
   KATHY J. OWEN
   GEORGE A. TAYLOR

THE BOARD OF DISCIPLINARY APPEALS
APPOINTED BY THE SUPREME COURT OF TEXAS

EXECUTIVE DIRECTOR & GENERAL COUNSEL
CHRISTINE E MCKEEMAN

DEPUTY DIRECTOR/COUNSEL
GAYLE RILEY VICKERS

EXECUTIVE ASSISTANT
JACKIE L TRUITT

November 20, 2014

Jeff H. Williamson
#319831
1901 East Street SE
Washington, DC 20003
   RE:  Disposition of Appeal Notice
         Jeff H. Williamson v. Laura Fletcher Leavitt
         201405299; BODA Case No. 55182

Dear Mr. Williamson:

    On November 20, 2014, the Board of Disciplinary Appeals appointed by the Supreme Court of Texas considered your appeal from the dismissal of the above grievance by the Office of the Chief Disciplinary Counsel of the State Bar of Texas. After reviewing the grievance as filed with the State Bar Chief Disciplinary Counsel's office and no other information, the Board grants the appeal, finding that the grievance alleges a possible violation of the following Texas Disciplinary Rules of Professional Conduct:

Rules(s) 1.15

    The Board of Disciplinary Appeals will now return the case to the Office of the Chief Disciplinary Counsel for investigation and a determination whether there is just cause to believe that the attorney has committed professional misconduct. The Office of the Chief Disciplinary Counsel will notify both parties of each step of the process, including asking the attorney to respond to the complaint. For information concerning the handling of the case from this point forward, please contact the regional Office of the Chief Disciplinary Counsel in charge of your case.

    Information concerning the disciplinary system, the Texas Disciplinary Rules of Professional Conduct, and the Texas Rules of Disciplinary Procedure are available at www.texasbar.com. The Board's Internal Procedural Rules are available at www.txboda.org.

Very truly yours,

Christine E. McKeeman
Executive Director & General Counsel

CEM/jt

cc:   Laura Fletcher Leavitt

      Laura Popps
      State Bar of Texas
      PO Box 13287
      Austin, TX 78711
      (512) 427-1350
      (877) 953-5535 toll free